# EXHIBIT 7

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF ILLINOIS

 3


 4   J.F. a minor by MICHELLE LEAL
     individually as parent and
 5   next friend of J.F.

 6         Plaintiffs,
                                        CIVIL ACTION
 7      vs.                             NO. 14-cv-847-NJR

 8   ABBOTT LABORATORIES, INC.,

 9         Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
10

11                     DEPOSITION OF

12

13         GODFREY P. OAKLEY, JR., M.D.

14

15              August 4, 2015

16                10:00 a.m.

17

18                Suite 1400

19      1201 West Peachtree Street, NW

20             Atlanta, Georgia

21

22      Richard Bursky, RMR, CRR, CCR-2509

23

24

25
```

41

1      Q.  In 1982 had you ever consulted with -- prior
2  to 1982, had you ever consulted with the FDA about
3  anything, any information that should or should not
4  have been included in the prescription pharmaceutical
5  label?
6      A.  We certainly did research that the FDA
7  depended on, but I do not remember having been asked or
8  actually having given them advice on that.
9      Q.  As of 1982, prior to the Depakote information
10 coming out from Dr. Robert in late summer, early fall,
11 had you ever offered anyone a professional opinion on
12 the data or information that should or should not have
13 been included in any prescription pharmaceutical label?
14         MS. LOOCKE:  Objection, form.
15     A.  I don't remember the exact timeframe, but we
16 were very active in discussions about how Accutane
17 should be regulated and we certainly had people from
18 the CDC testify at those hearings.  And we thought it
19 needed to be more constrained in its use and decreasing
20 the likelihood for pregnancy.  So in that context we
21 did make suggestions like that.
22     Q.  You used the term "we" a couple times.  I want
23 to focus on just you, okay?  Did you, prior to the fall
24 of 1982, ever offer anyone a professional opinion
25 concerning the informational contents of a prescription

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

43

1	A.	I believe that to be correct.
2	Q.	(By Mr. MacWilliams) Were you familiar in 1982
3	or 1983 with the regulations governing what should be
4	included in a prescription pharmaceutical label?
5		MS. LOOCKE:  Objection, form.
6		MR. MacWILLIAMS:  What is your objection?
7		MS. LOOCKE:  Was he familiar with the
8	regulations?
9		MR. MacWILLIAMS:  Yes.
10		MS. LOOCKE:  It is outside the scope of what
11	he said he's here to testify about.
12		MR. MacWILLIAMS:  Okay.
13	Q.	(By Mr. MacWilliams) You can answer, Doctor.
14	A.	Sorry, the question again, please.
15		(Whereupon, the record was read by the
16	reporter as requested.)
17		MS. LOOCKE:  Same objection.
18	A.	I guess I am certainly familiar in a general
19	way with the process of getting a drug approved and the
20	clinical trials and so on.  And I know that there has
21	to be a label as part of the approval process and the
22	marketing process.  I know that is sort of general in
23	nature.  The details of that, I am not aware of.
24	Q.	So my question was:  Were you familiar with
25	the regulations that govern the contents of a

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

44

```
 1   prescription pharmaceutical label?
 2           MS. LOOCKE:  Objection, form.
 3       A.  I don't think I have read those.
 4       Q.  (By Mr. MacWilliams) Ever?
 5       A.  I read the Kefauver hearings which provided
 6   the basis for those, but I don't think I actually read
 7   the regs afterwards.
 8       Q.  Do you even know what the lawyers call where
 9   those regulations are maintained?
10       A.  You mean like the Federal Register?
11       Q.  I don't know, are they in the Federal
12   Register?
13       A.  They usually are in the Federal Register to
14   begin with, I think, certainly recommendations are
15   there, proposed regs often go there.
16           Whether all the drug regs go there or not, I
17   don't know, but other regulations go in the, in the
18   Federal Register, so it is open to the public.
19           And I assume they are codified in a law, and I
20   don't remember, is it Volume 42 something or other?
21   But I really don't know.
22       Q.  Prior to 1983 had you ever consulted with a
23   prescription pharmaceutical manufacturer or marketer
24   about the contents of a prescription pharmaceutical
25   label?
```

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

                                                                    45

1        A.  No.

2        Q.  Prior to 1983 had you ever consulted with

3   anybody else, any other entity besides FDA or a

4   manufacturer or marketer about that informational

5   content of a prescription pharmaceutical label?

6        A.  No.

7            MR. MacWILLIAMS:  And I don't mean to be

8        pugnacious about this, may I ask counsel, at what

9        point in time do you propose is the cutoff after

10       which he will not be offering opinions about what

11       should or shouldn't have been in the label?  Do I

12       have to do this exercise from 1982 up to 2015 or

13       is he limited just to 1982?

14           MS. LOOCKE:  His report specifically

15       references the 1982 Dear Doctor Letter and the

16       accompanying package insert.

17           MR. MacWILLIAMS:  Okay.  So not after 1982?

18           MS. BRAHMBHATT:  No.

19           MS. LOOCKE:  Right, correct.

20       Q.  (By Mr. MacWilliams) Doctor, the 1982 Dear

21  Doctor Letter that is referenced in your report -- I am

22  just looking to see if my copy has a date on it, I

23  apologize if it does not.

24           Are you familiar with the sources of law that

25  govern what should or should not be included in a Dear

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

46

1   Doctor Letter as of December 1982?
2       A.  No.
3       Q.  Is it your view that the CDC had any
4   jurisdiction, if you will, over the contents of that
5   Dear Doctor Letter?
6       A.  I think the CDC and the people working at the
7   CDC would be interested in that the risks that we had
8   found were communicated and whether it was easily
9   understood, that would be our interest in that.
10      Q.  I didn't ask about your interest, I asked
11  about your jurisdiction.
12      A.  I don't think we have any jurisdiction on drug
13  labeling.
14      Q.  How about the Dear Doctor Letter?
15      A.  As far as I know, no.
16      Q.  I don't want to get bogged down in the legal
17  niceties of jurisdiction.  Did CDC have any authority
18  to offer a definitive view of what should or shouldn't
19  have been in that Dear Doctor Letter?
20      A.  Well, the CDC's mission is to protect the
21  public health, and in doing that certainly we would
22  have some interest in seeing that that, that whatever
23  the intervention was, that it accomplished the mission
24  which was to decrease the exposure to this drug.
25          And I am sure that people can debate about

1  that suggests that they would have gotten any different
2  number had they done that for spina bifida at any time
3  between 1982 and 1996?
4       MS. LOOCKE:  Objection.
5     A.  It is always tough to predict that, that's why
6  you do the study, to see if in fact you get a similar
7  or different number.  And, of course, there is the data
8  from, from the Dutch people that found the number that
9  was between five and six percent.  I don't know what
10 would have happened if there had been a study that big
11 in 1982 or 1989 or whenever, because it wasn't done.
12    Q.  (By Mr. MacWilliams) Are there any statistical
13 indicators, are there any data, is there anything that
14 you can point to and say that if Abbott had been
15 tracking the data necessary to generate that number
16 between 1982 and 1996 when Dr. Holmes started doing it,
17 that there would have been something different about
18 that data set that would have generated a number
19 different, a range different than one to two percent?
20    A.  I mean, until the study is done I don't know.
21    Q.  You can't do it now, right?
22    A.  You have to do the study, right?
23    Q.  You can't do it now?
24    A.  If you had 10,000 as opposed to 147, what
25 would it look like?  All sorts of things that would be

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

122

1         AFTERNOON SESSION

2              1:25 p.m.

3         MR. MacWILLIAMS:  Back on the record.

4     Q.  (By Mr. MacWilliams) Dr. Oakley, I neglected

5  in my litany of what-do-you-know-about-this questions

6  to ask you, have you ever been accepted by any court

7  anywhere as an expert witness on the issue of what

8  should or should not be in a prescription

9  pharmaceutical drug label?

10    A.  I don't think so.

11    Q.  Have you ever authored or published anything

12  on that topic?

13        MS. LOOCKE:  Objection, form.

14    Q.  (By Mr. MacWilliams) Other than your report

15  and your supplemental report in this case?

16    A.  I think the review article we did with Lammer

17  and Samren must have talked about, you know, limiting

18  the use of the drugs to women who actually needed it,

19  and talking to your doctor about whether there is a

20  better and that sort of thing.

21    Q.  What review article was that?

22    A.  It is one we have had before I think, it is

23  Lammer is the first author.

24    Q.  What year?

25    A.  Like '86, I think, something like that.

123

1      Q.   Did that specifically mention the labeling
2   considerations?
3      A.   I don't think so.  I think it more, in the
4   general idea of, just a review of valproic acid and
5   women should try to get off of it if they could before
6   they got pregnant, it they got pregnant prenatal
7   diagnosis.
8      Q.   I think you will agree with me that there is
9   nothing in your October 1, 2014 report that says
10  anything about what should or should not have been in
11  the Depakote label as of 1982, correct?
12          MS. LOOCKE:  Objection, form.
13     A.   I believe that to be correct.
14     Q.   (By Mr. MacWilliams) On Page 1 of your June
15  19, 2015 report it is written:  "I conclude that this
16  risk is high enough and serious enough that Abbott
17  should have taken steps to limit the use of valproic
18  acid to the absolute minimum number of women of
19  reproductive age and to minimize pregnancies among
20  women taking valproic acid."
21          What should they have done in your opinion to
22  accomplish those goals?
23     A.   Well, they could have, first of all, included
24  the 20.6.  They could have added to the package
25  insert --

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4

```
                                                                 217

 1              MS. LOOCKE:  Yes, it is foremost in my mind.
 2              MR. MacWILLIAMS:  Got it.
 3         Q.   (By Mr. MacWilliams) Doctor, the reference to
 4    thalidomide at the Schmidt trial, the reference to the
 5    top three, did you have any discussions with anybody so
 6    far that we haven't talked about today that relate to
 7    that subject of, relating to the jury that Depakote was
 8    in the top three most teratogenic drugs on the market
 9    in the US?
10              MS. LOOCKE:  Objection.
11         Q.   (By Mr. MacWilliams) In preparation for the
12    trial, any discussions you haven't already told me
13    about?
14              MS. LOOCKE:  Objection, form and scope.
15         A.   Not that I am aware of.
16         Q.   (By Mr. MacWilliams) How did you arrive at
17    that list?
18         A.   Based on my understanding of the causes of
19    birth defects and it is obviously a -- it is my
20    personal interpretation of those.  I know that
21    thalidomide is a terrible drug, taken off the market
22    for many, many years and it is back on the market in
23    very limited circumstances but it is back on the
24    market.
25              And Accutane is another powerful cause of
```

220

```
 1        Q.  (By Mr. MacWilliams) 2002.
 2        A.  I don't remember when it came back on the
 3   market, it did come back on the market around that time
 4   but I don't remember exactly when.
 5        Q.  Do you know whether it is in the 2002 PDR?
 6        A.  I do not know that.
 7        Q.  Did you have anybody review the 2002 PDR for
 8   you in support of offering your opinion that of all the
 9   drugs in that, the thousands of drugs in that book that
10   Mr. Williams was holding up, Depakote was in the top
11   three most teratogenic?
12            MS. LOOCKE:  Objection, form and scope.
13        A.  I did not.
14        Q.  (By Mr. MacWilliams) Did anybody from counsel
15   side suggest to you that maybe the two others that you
16   want to include in that list are thalidomide and
17   Accutane or did you come up with that on your own?
18        A.  I came up with that --
19            MS. LOOCKE:  Objection, form and scope.
20        A.  I came up with that on my own.
21        Q.  (By Mr. MacWilliams) Have you ever heard of a
22   drug called Tracleer?
23        A.  No.
24        Q.  Do you know whether, what pregnancy category
25   it has been assigned by the FDA?
```

[8/4/2015 10:00 AM] Oakley, Godfrey - Leal Supplemental Depo 2015.8.4