# EXHIBIT 12

```
BRIAN J. MOONEY (SBN: 143795)
PETER J. TURCOTTE (SBN: 168387)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

PAUL F. STRAIN (admitted pro hac vice)
STEPHEN E. MARSHALL (admitted pro hac vice)
DINO S. SANGIAMO (admitted pro hac vice)
JASON C. ROSE (admitted pro hac vice)
DAVID S. GRAY (admitted pro hac vice)
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742

Attorneys for Defendant
ABBOTT LABORATORIES INC.
```

**FILED**
San Francisco County Superior Court
JAN 1 3 2015
CLERK OF THE COURT
BY: _____ Deputy Clerk

56600214
Jan 13 2015
04:31PM

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| EMILY GRACE DOTEGOWSKI, a minor, by and through her guardian ad litem, MARYANN DOTEGOWSKI and MARYANN DOTEGOWSKI, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES INC., et al., <br><br> Defendants. | CASE NO. CGC-10-506794 <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING DEFENDANT ABBOTT LABORATORIES INC.'S MOTION *IN LIMINE* NO. 12 <br><br> Dept: 304 <br> Judge: Curtis E.A. Karnow <br><br> Complaint Filed: July 29, 2010 <br> Trial Date: August 11, 2014 |

WHEREAS, as a result of their meet-and-confer discussions, Plaintiff Maryann Dotegowski, Plaintiff Emily Dotegowski, and Defendant Abbott Laboratories Inc. ("Abbott") (collectively, "the parties") have stipulated to and seek entry of an Order memorializing their stipulation and agreement with regard to Abbott's Motion *in Limine* No. 12 to Exclude Evidence, Testimony, and Argument related to Thalidomide, Dissimilar and Unrelated Drugs, or Drugs Withdrawn from the Market Generally,

-1-
STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING DEFENDANT ABBOTT
LABORATORIES INC.'S MOTION *IN LIMINE* NO. 12

1   IT IS HEREBY STIPULATED THAT:

2   The parties hereby agree and stipulate that the Court should order, and by virtue of
3   executing this Stipulation, the Court would order that (a) all evidence, testimony, and argument
4   before the jury concerning thalidomide, Vioxx, Darvon, Darvocet, Baycol, Bextra, Avandia,
5   and/or Rezulin; and/or diethylstilbestrol (collectively, "Subject Drugs") be excluded during trial,
6   and (b) any references to Subject Drugs be precluded during *voir dire*. This Stipulation, and, by
7   extension, any Court Order adopting this Stipulation would not preclude a party from examining
8   any expert witness about work performed as part of other litigation involving the Subject Drugs.

9   Further, it is not presently known if the parties will seek to admit as evidence scientific
10  and medical publications with references to thalidomide, use such publications for impeachment,
11  or otherwise make such publications available for review by the jury. The parties agree and
12  stipulate they will redact any references to thalidomide in such publications, if any, before they
13  are made available for review by the jury. This Stipulation does not prevent or waive any party's
14  right to seek a ruling from the Court that a reference to thalidomide in such a publication be
15  shown to the jury, but only after that reference to thalidomide is disclosed to the opposing party
16  and if the Court rules that the reference should be permitted.

17  By virtue of this Stipulation—when and if executed and adopted by the Court—Abbott's
18  Motion *in Limine* No. 12 to Exclude Evidence, Testimony, and Argument related to
19  Thalidomide, Dissimilar and Unrelated Drugs, or Drugs Withdrawn from the Market Generally
20  would be moot.

21  **IT IS SO STIPULATED.**

22  Dated: January 9, 2015

GRUBER & GRUBER

Daniel Gruber

WILLIAMS KHERKHER HART BOUNDAS, LLP
John Boundas (admitted *pro hac vice*)
Sejal Brahmbhatt (admitted *pro hac vice*)

ROSEMOND LAW, P.C.
G. Erick Rosemond

Attorneys for Plaintiffs
EMILY GRACE DOTEGOWSKI and MARYANN DOTEGOWSKI

-2-
CGC-10-506794
STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANT ABBOTT LABORATORIES INC.'S MOTION *IN LIMINE* NO. 12

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  Dated: January 9, 2015

GORDON & REES LLP

Brian J. Mooney
Peter J. Turcotte

VENABLE LLP
Paul F. Strain (admitted *pro hac vice*)
Stephen E. Marshall (admitted *pro hac vice*)
Dino S. Sangiamo (admitted *pro hac vice*)
Jason C. Rose (admitted *pro hac vice*)
David S. Gray (admitted *pro hac vice*)

Attorneys for Defendant
ABBOTT LABORATORIES INC.

**IT IS SO ORDERED.**

Dated: January 13, 2015

Honorable Curtis E.A. Karnow
Judge, Superior Court

1085937/21818031v.1

-3-    CGC-10-506794

STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING DEFENDANT ABBOTT LABORATORIES INC.'S MOTION *IN LIMINE* NO. 12