# EXHIBIT 14

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Z.H., by and through KEVIN
HUTCHENS and CHRISTIN
HUTCHENS, individually,
and as parents and next
friends of Z.H.,

    Plaintiffs,   Case No. 1:14-cv-00176-CAB

 vs.

ABBOTT LABORATORIES, INC.,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

GODFREY P. OAKLEY, JR., M.D., MSPM


March 11, 2016

8:55 a.m.


1201 West Peachtree Street, N.W.
14th Floor
Atlanta, Georgia


Kara Barger, CCR No. B-1496

8

1    A.    Yes.

2    Q.    -- prior to your last trial testimony?

3    A.    Yes.

4    Q.    Okay.  Thanks.

5    A.    I usually keep them in my pocket.

6    Q.    And let me ask you this.

7          Since you submitted your report in this
8    case, in the Hutchens case, have you reviewed any
9    additional information other than what's reflected in
10   your report for this case related to Depakote?

11   A.    Other than this paper I gave you this
12   morning, I mean I reviewed that.  Then I reviewed the
13   citations that I had for, you know, my report.

14   Q.    Okay.  You say the paper that you gave
15   me --

16   A.    Well --

17   Q.    -- this morning?

18   A.    -- this table.  I'm sorry.

19   Q.    All right.

20         (Defendant's Exhibit 3 was marked for
21   identification.)

22   Q.    (By Mr. Marshall)  So, Doctor, I'm showing
23   you what's been marked as Exhibit 3.

24         Can you identify what that is, please?

25   A.    This is a copy of a table, 1.1, from

1  Dr. Holmes's textbook or book at least entitled
2  Congenital -- Common Malformations, Dr. Lewis Holmes,
3  published by Oxford in 2011.  This is a table that
4  lists recognized human teratogens in 2009.
5      Q.   And what is the significance of Exhibit 3
6  to your opinions in this case?
7      A.   Well, it's a list of the known human
8  teratogens; and it's a rather finite list.  And it's
9  got Accutane.  It's got thalidomide and has valproic
10 acid on it.  And those have been parts of things I've
11 discussed before.
12     Q.   Okay.  Is there anything about Exhibit 3
13 that you believe is specific to the Hutchens case?
14          MR. SAMPSON:  Object to form.
15          THE WITNESS:  My testimony has been pretty
16     general, you know.  So it's hard to answer
17     questions like that.  It certainly backs up what
18     my expert witness reports are about.
19     Q.   (By Mr. Marshall)  And, Exhibit 3, when is
20 it that you first looked at that document?
21     A.   This morning at about 5:30.
22     Q.   And prior to this morning at 5:30 you had
23 not looked at Exhibit 3?
24     A.   I had not.
25     Q.   Okay.  And how is it that you came to be

1  aware of Exhibit 3?
2      A.   Well, when I was thinking about the
3  testimony, I had had -- I think someone asked me a
4  question about was there a list someplace of the
5  known human teratogens.  And I thought the people
6  with this litigation -- everybody would know that and
7  apparently people didn't know that.  And this morning
8  I thought about it and went looking for it and found
9  it.
10     Q.   Can I see --
11     A.   You may.
12     Q.   So do you agree that all of the drugs that
13 are listed here in Table 1.1 of Exhibit 3 are human
14 teratogens?
15     A.   This is Dr. Holmes's table.  Okay?
16          And my point out of this table is that the
17 thalidomide and valproic acid and Accutane are three
18 of the worst ones on that list.
19     Q.   Okay.  And show me how it is that you can
20 determine by looking at Exhibit 3, just looking at
21 Exhibit 3, that valproic acid, Accutane, and
22 thalidomide are three of the worst teratogens.
23     A.   Well, I do that from my experience and
24 what I know about birth defects epidemiology and the
25 causes of birth defects.  But it's certainly on that

11

1  list, and it shows that it's a finite list.
2      Q.   But my question is:  Is there anything on
3  Exhibit 3 that quantifies in any way the risk with
4  the teratogens that are listed?
5      A.   It doesn't do that, no.
6      Q.   And my question is -- you've identified
7  the drugs that are listed in Exhibit 3 as teratogens.
8           Do you see those?
9      A.   This table does that, yes, sir.
10     Q.   Yes, sir.
11          And do you agree with this table in
12  Exhibit 3 that all of these drugs are, in fact,
13  teratogens?
14     A.   I have not reviewed all of those to make
15  that determination.
16     Q.   So, for example, cyclosporin, what is
17  that?
18     A.   It's an antiinfectious disease drug, I
19  believe.  I don't know it in detail.
20     Q.   And is it a human teratogen?
21     A.   I don't know the evidence on that.
22     Q.   And lithium?
23     A.   Lithium.
24     Q.   What is lithium?
25     A.   Lithium is a drug that's often used for

```
 1   manic psychiatric disorders and it causes birth
 2   defect.
 3       Q.   So lithium is a human teratogen?
 4       A.   I believe that it is, yes.
 5       Q.   Okay.  And what is the rate of major
 6   congenital malformations with lithium?
 7       A.   It's hard to tell.
 8       Q.   Can you --
 9       A.   It's done by -- I'm sorry.  I didn't mean
10   to interrupt.
11       Q.   That's okay.
12       A.   The evidence for lithium is pretty much
13   related to the -- sort of the uniqueness of the birth
14   defect, and it hasn't been studied as far as I know.
15       Q.   So can you give me a rate of major
16   congenital malformations that is associated with
17   lithium?
18       A.   I don't know that I can.
19       Q.   Can you say that the rate of major
20   congenital malformations with lithium is more or less
21   than 10 percent?
22       A.   I don't know that.
23       Q.   How about in regard to warfarin?  Warfarin
24   is something that is given as a blood thinner?
25       A.   It is.
```

13

1  Q.  Is warfarin a human teratogen?
2  A.  It is.
3  Q.  And what is the rate of major congenital
4  malformations with warfarin?
5  A.  I don't know the answer to that.
6  Q.  Do you know whether the rate of major
7  congenital malformations with warfarin is more or
8  less than 10 percent?
9  A.  I don't know.
10 Q.  Obesity, severe obesity, is that a human
11 teratogen?
12 A.  I think that's questionable.
13 Q.  Okay.  Dr. Holmes lists severe obesity on
14 his recognized human teratogens in Exhibit 3,
15 correct?
16 A.  It's not a drug.
17       MR. SAMPSON:  Is it under drugs?
18       THE WITNESS:  No.
19 Q.  (By Mr. Marshall)  I didn't say it was
20 under drugs.
21       Did I say it was under drugs?
22 A.  You did not.
23 Q.  Okay.  Severe obesity, is that a
24 recognized human teratogen?
25 A.  That's a lot debate about that.

1    Q.   Okay.  Do you disagree with Dr. Holmes
2    when he identifies severe obesity as a recognized
3    human teratogen?
4    A.   I'd like to look at it a little bit more.
5    Q.   So you don't know the answer to that?
6    A.   That's correct.
7    Q.   Can you tell me what the rate of major
8    congenital malformations is with severe obesity?
9    A.   I don't know that.
10   Q.   Hypothyroidism, that's an internal
11   condition that's listed by Dr. Holmes as a recognized
12   human teratogen.
13        Do you agree that hypothyroidism is a
14   recognized human teratogen?
15   A.   Again, I didn't come prepared to review
16   all those drugs and all the evidence behind them.  So
17   I can't answer that.
18   Q.   Okay.  I'm just following this up because
19   you brought this to the deposition and you thought
20   this was important for your opinions in this case,
21   correct?
22   A.   (Witness nods head affirmatively.)
23   Q.   Is that correct?
24   A.   Yes.
25   Q.   Okay.  Do you believe that Exhibit 3 is

15

```
 1   important for your opinions in this case?
 2           MR. SAMPSON:  Objection; form, asked and
 3       answered.
 4           THE WITNESS:  I'm sorry?
 5           MR. SAMPSON:  Go ahead.
 6           THE WITNESS:  Say again.  What was your
 7       question?
 8       Q.   (By Mr. Marshall)  Do you believe that
 9   Exhibit 3 is important for your opinions in this
10   case?
11           MR. SAMPSON:  Same objection.
12           Go ahead.
13           THE WITNESS:  I do.
14       Q.   (By Mr. Marshall)  Okay.  What is
15   efavirenz?  That's e-f-a-v-i-r-e-n-z.
16       A.   May I see it?
17       Q.   Sure.
18       A.   I don't know.
19       Q.   Do you know what the rate of major
20   congenital malformations is with efavirenz?
21       A.   I do not.
22       Q.   How about etretinate?  Do you know what
23   etretinate is?
24       A.   It's a variant of Accutane.
25       Q.   So is it a variant of isotretinoin?
```

Oakley, Godfrey 2016.03.11

16

1   A.   Yes, in that family.

2   Q.   How about androgenic hormones?  Do you

3   know what they're used for?

4   A.   Yes.

5   Q.   What are they used for?

6   A.   Well, they're used for -- to treat people

7   that need androgens, and they can cause masculinizing

8   effects of fetuses.

9   Q.   What's a masculizing effect of fetus?

10  A.   Making a girl fetus look like a boy, to

11  have hair.  I mean it just -- that's what masculine

12  things do.

13  Q.   Oh, you're saying masculine?

14  A.   Yeah.

15  Q.   All right.  How about paroxetine?  What is

16  that?

17  A.   I don't know exactly what that is.

18  Q.   Do you know what the rate of major

19  congenital malformations is with paroxetine?

20  A.   I do not.

21  Q.   You also provided a book as part of your

22  production today, and it's called Dark Remedy:  The

23  Impact of Thalidomide and its Revival as a Vital

24  Medicine, correct?

25  A.   Yes.