# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **IN RE DEPAKOTE CASE:** | : | |
| | : | |
| A.S., a minor, by | : | Case No. 12-cv-52-NJR-SCW |
| Marthee Sansone, individually as | : | LEAD CONSOLIDATED CASE |
| parent and next friend of A.S. | : | |
| | : | Case No. 17-CV-793-NJR-SCW |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ABBOTT LABORATORIES, INC.,** | : | |
| | : | |
| **Defendants** | : | |

## PLAINTIFF'S EXPERT AND NON-RETAINED EXPERT DISCLOSURES PURSUANT TO RULE 26(a)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), Plaintiffs identify the following expert witnesses to testify at trial in the above-captioned case on their behalf.

**PLEASE TAKE FURTHER NOTICE,** that a signed Report for each retained expert, accompanies this disclosure, in compliance with Rule 26(a)(2)(B).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiffs identify the following non-retained expert witnesses whom they may call to offer expert testimony:

### NON-RETAINED EXPERTS:

1. Dr. Jeffrey Marsh
   St. Louis, MO

Dr. Marsh may be called to testify regarding his care, treatment, diagnosis, condition, and prognosis of Anthony Sansone. He may testify to any opinion expressed in his deposition.

1

2. Dr. Tyler Reimschisel
   Nashville, Tennessee

Dr. Reimschisel may be called to testify regarding his care, treatment, diagnosis, condition, and prognosis of Anthony Sansone. He may testify to any opinion expressed in his deposition.

3. Dr. Patti Nemeth
   Rio Rancho, New Mexico

Dr. Nemeth may be called to testify regarding her care, treatment, diagnosis, and condition and prognosis of Marthee Sansone. She may testify to any opinion expressed in her deposition.

**RETAINED EXPERTS:**

The following are the retained experts plaintiffs may call to testify at trial, either live or by video deposition, and their availability for deposition. Pursuant to Rule 26(a)(2)(B), an expert report is being produced for each of the following named experts.

1. Godfrey P. Oakley, Jr., M.D., MSPM

2. Linda A. Motyka, Ph.D.

3. Nathaniel Robin, M.D.

4. Jaishree Capoor, M.D.

/s/ Amanda S. Williamson
W. Lewis Garrison
Kathryn S. Harrington
Amanda S. Williamson
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
P. O. Box 11310
Birmingham, Alabama 35202
Phone: (205) 326-3336
Fax: (205) 326-3332

***Attorneys for Plaintiffs***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2017, a copy of the foregoing was served on counsel for defendant, Abbott Laboratories.

*/s/Amanda S. Williamson*
Amanda S. Williamson
