# EXHIBIT 2

Jaishree Capoor, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

| | | |
|---|---|---|
| IN RE DEPAKOTE CASES: | : | Case No. |
| | : | 3:12-cv-52- |
| | : | NJR-SCW |
| | : | (Lead |
| | : | Consolidated |
| | : | Case) |
| D.B., a minor by IRINA | : | |
| BURNETT, individually | : | |
| as parent and next | : | |
| friend of D.B., | : | Case No. |
|     Plaintiffs, | : | 3:12-cv-53- |
| | : | NJR-SCW |
|     v. | : | |
| | : | |
| ABBOTT LABORATORIES, | : | |
| INC., | : | |
|     Defendant. | : | |

- - -

November 7, 2017

- - -

Oral expert deposition of JAISHREE CAPOOR, M.D., taken pursuant to notice, was held at the law offices of Heninger Garrison Davis, LLC, 250 Park Avenue, 7th Floor, New York, New York, beginning at 9:04 a.m., on the above date, before Kimberly A. Cahill, a Federally Approved Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Jaishree Capoor, M.D.

Page 64

1  Right?
2       A.    Yeah.
3       Q.    And so you would have a
4  focus on pediatric physical medicine;
5  correct?
6       A.    Yes.
7       Q.    And I think in looking at
8  your testimony in Erpelding, you
9  described yourself on numerous occasions
10 as a pediatric physiatrist?
11      A.    Correct.
12      Q.    Does that accurately
13 describe your area of expertise?
14      A.    Correct.
15      Q.    What does that mean exactly,
16 pediatric physiatrist?
17      A.    A physiatrist is a
18 specialist in physical medicine and
19 rehabilitation.  It's just -- same
20 terminology, same description.
21      Q.    And how about the pediatric
22 part of that?
23      A.    I'm subspecialty boarded in
24 pediatric physiatry -- pediatric physical

Jaishree Capoor, M.D.

Page 112

```
 1   effort when I can, but there are
 2   circumstances when families are unable to
 3   -- if there is a shortage of specialists
 4   or something and they're unable to
 5   commute, these sort of decisions about
 6   braces and equipment can be made through
 7   a telemedicine examination.
 8          Q.    It's a rare case, is it not,
 9   that you would actually do an assessment
10   of a patient in your private practice
11   without doing an actual physical
12   examination?  Is it not, Doctor?
13          A.    Correct, yes.
14          Q.    I want to ask you about --
15   so this article that you did with Dr.
16   Cancel appears in the -- is it the
17   Physical Medicine Rehabilitation Clinics
18   --
19          A.    Of North America.
20          Q.    -- of North America?  Okay.
21   Great.
22                What can you tell us about
23   that journal, that publication?
24          A.    Oh, it's a peer-reviewed
```