# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

IN RE DEPAKOTE CASES:

A.E., C.E., and G.E., all minors,

by Amanda Erpelding, individually

as parent and next friend of A.E.,

C.E., and G.E.,

             Plaintiffs,   Case No.

v.                                3:17-cv-795-NJR

ABBOTT LABORATORIES INC.,

             Defendant.

- - -

November 3, 2017

- - -

Videotaped deposition of JAISHREE CAPOOR, M.D., held at 250 Park Avenue, New York, New York, commencing at 9:00 a.m., on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES, INC.

877.370.3377 ph | 917.591.5672 fax

Deps@golkow.com

1   I'm not -- he's a develop -- he's
2   developmental pediatrician.  I'm a
3   pediatric rehabilitation physician.
4       Q.    And can you tell me the
5   difference there?
6       A.    Well, I can't describe what a
7   developmental pediatrician does, but as a
8   pediatric physiatrist, I evaluate and
9   manage, you know, neuromuscular,
10  musculoskeletal, developmental, functional
11  issues.
12      Q.    Do you know what a developmental
13  pediatrician does?
14      A.    They evaluate and manage
15  developmental related issues.  The vast
16  majority of them here in the city that I
17  refer to are for ADHD, autism.  That's my
18  reason to refer to them, but it -- I guess
19  practice varies.
20      Q.    Do you know anything about
21  Dr. Morgan's qualifications or experience?
22      A.    No.
23      Q.    Did it appear to you he did a
24  thorough and complete exam?

Jaishree Capoor, M.D.

Page 209

1      A.    Yeah.  Yeah, in the past we've,
2   you know, as kids are beginning to age out
3   of high school.  I mean, usually the
4   schools do it.  You know, if we feel like
5   the school hasn't addressed the issue, but
6   the child's asking about it, we send a
7   script "vocational rehab evaluation" and,
8   you know, generally the schools have the
9   resources to do that.
10     Q.    Okay.  So someone with training
11  in vocational rehabilitation would do an
12  assessment of the child?
13     A.    Yes.  Yeah.
14     Q.    And is it your understanding
15  that they would be assessing the child to
16  see what types of employment that child
17  might be capable of doing?
18     A.    Yes, that would be part of their
19  evaluation.
20     Q.    And have you ever done that type
21  of evaluation?
22     A.    No, no.
23     Q.    Do you have the expertise to do
24  that type of evaluation?

Jaishree Capoor, M.D.

Page 210

1  A. No, no.
2  Q. And if you were asked to do
3  that, would you refer the patient to a
4  vocational rehab specialist?
5  A. Yes, absolutely, if I was able
6  to find one. It's hard to know where to
7  send them.
8  Q. They're out there though, right?
9  A. They are out there, yeah.
10 Generally the schools do a pretty good
11 job. I don't think we had to even address
12 those issues because the schools do such a
13 good job with, you know, doing the full
14 assessment and guiding the family with
15 that area.
16 Q. In terms of A.E. and G.E., were
17 you asked to do any sort of assessment of
18 their ability to have a job?
19 A. Not -- not specifically. I
20 mean, in -- in the -- in the report I
21 eluded to, you know, their potential
22 related to their physical impairments and
23 their cognitive issues based on the IEP
24 and the mother's reports of -- and the