# EXHIBIT 4

**EXPERT REPORT**

**DAVID A. KESSLER, M.D.**

# **Appendix D**

## MATERIALS CONSIDERED[1]

**Beginning Bates No.(Entire Bates Range considered)**

ABTDOT000022447

ABTDOT000023907

ABTDOT000023930

ABTDOT000197132

ABTDOT000298511

ABTDOT000305247

ABTDOT000311682

ABTDOT000312165

ABTDOT000313232

ABTDOT000366473

ABTDOT000366474

ABTDOT000370752

ABTDOT000370753

ABTDOT000370754

ABTDOT000404295

ABTDOT000404370

ABTDOT000405294

ABTDOT000405295

ABTDOT000407027

ABTDOT000411713

ABTDOT000411714

ABTDOT000411715

ABTDOT000438490

ABTDOT000438492

ABTDOT000438708

ABTDOT000463502

ABTDOT000593469

ABTDOT000666567

ABTDOT000912093

ABTDOT000996043

ABTDOT001010183

ABTDOT001034782

ABTDOT001039953

ABTDOT001074210

ABTDOT001110372

ABTDOT001127043

ABTDOT001136331

ABTDOT001136332

ABTDOT001136337

---

[1] This appendix was prepared by legal staff at my request and subject to my review.

ABTDOT001278025
ABTDOT001278856
ABTDOT001278857
ABTDOT001278858
ABTDOT001308328
ABTDOT001337011
ABTDOT001364306
ABTDOT001663787
ABTDOT001790432
ABTDOT001790434
ABTDOT001875221
ABTDOT001875222
ABTDOT001875223
ABTILSD000007661
ABTILSD000010751
ABTILSD000099837
ABTILSD000131434
ABTILSD000142754
ABTILSD000285335
ABTILSD000539408
ABTILSD000540845
ABTILSD000540876
ABTILSD000542691
ABTILSD000544336
ABTILSD000547143
ABTILSD000547167
ABTILSD000704683
ABTILSD000739685 [Deposition Exhibit 881]
ABTILSD000741320
ABTILSD000765343
ABTILSD000791477
ABTILSD000825444
ABTILSD000833398
ABTILSD000841353
ABTILSD000844121
ABTILSD001059524
ABTILSD001183028
ABTILSD001582973
ABTILSD001589902
ABTILSD001597320 [Deposition Exhibit 200]
ABTILSD001884525
ABTILSD001903460 [Deposition Exhibit 923]
ABTILSD001914854 [Deposition Exhibit 898]
ABTILSD001934931
ABTILSD001942416 [Deposition Exhibit 797]

2

ABTILSD001953458 [Deposition Exhibit 917]
ABTILSD001968931
ABTILSD002063618 [Deposition Exhibit 901]
ABTILSD002072366 [Deposition Exhibit 874]
ABTILSD002072409 [Deposition Exhibit 872]
ABTILSD002072607
ABTILSD002072614 [Deposition Exhibit 907]
ABTILSD002072844
ABTILSD002077144
ABTILSD002319403
ABTILSD002319497
ABTILSD002377907
ABTILSD002428049
ABTILSD002537517
ABTILSD002588002
ABTILSD002854180
ABTILSD002856616
ABTILSD002857711
ABTILSD002858352
ABTILSD002978601 [Deposition Exhibit 887]
ABTILSD002978891
ABTILSD003234414 [Deposition Exhibit 250]
ABTILSD003670158
ABTILSD003702795
ABTILSD003774310
ABTILSD003774315 [Deposition Exhibit 803]
ABTILSD003774718
ABTILSD004198151
ABTILSD004205192
ABTILSD004207889
ABTILSD004207890
ABTILSD004209138
ABTILSD004209431
ABTILSD004221052
ABTILSD004233980
ABTILSD004295756
ABTILSD004295762
ABTILSD004299080
ABTILSD004299081
ABTILSD004299082
ABTILSD004299083
ABTILSD004299084
ABTILSD004322994
ABTILSD-A000062870
ABTILSD-A000067974
ABTILSD-A000068507

ABTILSD-A000069059
ABTILSD-A000069595
ABTILSD-A000070176
ABTILSD-A000070717
ABTPAW000059445
ABTPAW000062047
ABTPAW000069464
ABTPAW000069519
ABTPAW000071099
ABTPAW000114383
ABTPAW000132074
ABTPAW000133819
ABTPAW000146759
ABTPAW000219642
ABTPAW000219850
ABTPAW000219918
ABTPAW000220642
ABTPAW000305001
ABTPAW000305007
ABTPAW000305362
ABTPAW000306970
ABTPAW000309774
ABTPAW000330716
ABTPAW000335321
ABTPAW000337496
ABTPAW000352762
ABTPAW000427571
ABTPAW000430766
ABTPAW000434343
ABTPAW000434353 [Deposition Exhibit 873]
ABTPAW000434383
ABTPAW000440727
ABTPAW000473733
ABTPAW000481608
ABTPAW000485895
ABTPAW000487523
ABTPAW000487852
ABTPAW000498706
ABTPAW000522843
ABTPAW000522848
ABTPAW000533219
ABTPAW000535208
ABTPAW000535460
ABTPAW000544377
ABTPAW000544498
ABTPAW000544499

ABTPAW000545025
ABTPAW000545650
ABTPAW000546059
ABTPAW000547737
ABTPAW000547761
ABTPAW000560404
ABTPAW000560835
ABTPAW000561331
ABTPAW000561339
ABTPAW000561357
ABTPAW000563944
ABTPAW000566344
ABTPAW000577645
ABTPAW000582259
ABTPAW000584976
ABTPAW000591293
ABTPAW000605525
ABTPAW000605526
ABTPAW000687521_001
ABTPAW000694054
ABTPAW000694104
ABTPAW000708941
ABTPAW000727542
ABTPAW000737220
ABTPAW000751137
ABTPAW000753996
ABTPAW000754236
ABTPAW000770238
ABTPAW000811383
ABTPAW000811406
ABTPAW000811536
ABTPAW000845745
ABTPAW000849492
ABTPAW000849864
ABTPAW000860589
ABTPAW000918940
ABTPAW000919954
ABTPAW000933903
ABTPAW000933924
ABTPAW000943870
ABTPAW000943871
ABTPAW000950018
ABTPAW000995666
ABTPAW000996211
ABTPAW000996963
ABTPAW001000852

ABTPAW001006598
ABTPAW001006684
ABTPAW001006901
ABTPAW001007458
ABTPAW001007528

**Deposition Exhibits (not otherwise set forth in Beginning Bates No. section)**
Deposition Exhibit 36
Deposition Exhibit 48
Deposition Exhibit 52
Deposition Exhibit 591
Deposition Exhibit 602
Deposition Exhibit 603
Deposition Exhibit 605
Deposition Exhibit 683
Deposition Exhibit 700
Deposition Exhibit 799
Deposition Exhibit 880
Deposition Exhibit 913
Deposition Exhibit 914
Deposition Exhibit 918
Deposition Exhibit 920
Deposition Exhibit 922

**Articles**
Adab N., *The longer term outcome of children born to mothers with epilepsy*, J. NEUROL NEUROSURG PSYCHIATRY 75:1575-1583 (2004

Adab N., *Additional educational needs in children born to mothers with epilepsy*, J. NEUROL NEUROSURG PSYCHIATRY 70:15-21 (2001)

Alsdorf R., *Evidence of an Increased Risk of Birth Defects in the Offspring of Women Exposed to Valproate During Pregnancy: Findings from the AED Pregnancy Registry*, BIRTH DEFECTS RES: CLIN MOL TER 70:245 (2004).

American Academy of Neurology Quality Standards Subcommittee, *Practice Parameter: Management Issues for Women with Epilepsy (Summary Statement)*, EPILEPSIA 39(11):1226-1231 (1998)

Andermann E., *Valproic Acid and Pregnancy*, Valproic Acid Round Table Conference, Canada (June 24, 1978)

Ardinger H., *Verification of the Fetal Valproate Syndrome Phenotype*, AM. J. MED. GEN. 29:171-175 (1988)

Ardinger H., *Verification of the Fetal Valproate Syndrome Phenotype*, AM. J. MED. GEN. 29:171-175 (1988)

6

Arpino C., *Teratogenic Effects of Antiepileptic Drugs: Use of an International Database on Malformations and Drug Exposure (MADRE)*, EPILEPSIA 41:1436-1443 (2000)

Artama M., *Antiepileptic drug use of women with epilepsy and congenital malformations in offspring*, NEUROLOGY 64:1874-1878 (2005)

Bertollini R, *Maternal epilepsy and birth defects: a case-control study in the Italian Multicentric Registry of Birth Defects (IPIMC)*, EUR J EPIDEMIOL (1(1):67-72 (1985)

Bjerkedal T., *Valproic Acid and Spina Bifida*, LANCET (Nov. 13, 1982)

Bjerkedal T., *Valproic acid and spina bifida*, LANCET 2:1096 (1982)

Bowden C., *Efficacy of Divalproex vs. Lithium and Placebo in the Treatment of Mania*, JAMA 271:918-924 (1994)

Bowden C., *A Randomized, Placebo-Controlled 12-Month Trial of Divalproex and Lithium in Treatment of Outpatients With Bipolar Disorder*, ARCH GEN PSYCHIATRY 57:481-489 (2000)

Canger R., *Malformations in Offspring of Women with Epilepsy: A Prospective Study*, EPILEPSIA 40(9):1231-1236 (1999)

Casey D.E., *Effect of Divalproex Combined with Olanzapine or Risperidone in Patients with an Acute Exacerbation of Schizophrenia,* NEUROPSYCHOPHARMACOLOGY 28:182-192 (2003)

Casey D.E., *Divalproex ER Combined with Olanzapine or Risperidone for Treatment of Acute Exacerbations of Schizophrenia*, NEUROPSYCHOPHARMACOLOGY 34:1330-1338 (2009)

CDC, *International Notes Valproic Acid and Spina Bifida: A Preliminary Report – France*, MMWR 1982:31-565-6 (Oct. 29, 1982).

CDC, *Epidemiologic Notes and Reports-Valproate: A New Cause of Birth Defects – Report from Italy and Follow-Up from France*, MMWR (1983).

Chateauvieux S., *Molecular and Therapeutic Potential and Toxicity of Valproic Acid*, JOURNAL OF BIOMEDICINE AND BIOTECHNOLOGY Volume 2010, Article ID 479364 (2010)

Clayton-Smith J., *Fetal valproate syndrome*, J. MED. GENET. 32:724-727 (1995) (describing facial features seen in fetal valproate syndrome and congenital malformations associated with fetal valproate syndrome);

Cohen L., *A Reevaluation of Risk of In Utero Exposure to Lithium*, JAMA 271:146-150 (1994)

Dalens B., *Teratogenicity of valproic acid*, THE JOURNAL OF PEDIATRICS (August 1980); Ronald G. Dickinson, *Reply to Teratogenicity of valproic acid by Dalens*, THE JOURNAL OF PEDIATRICS (August 1980).

Dean JCS, *Long term health and neurodevelopment in children exposed to antiepileptic drugs before birth*, J. MED. GENET. 39:251-259 (2002)

Delgado-Escueta, A., *Consensus Guidelines: Preconception counseling, management, and care of the pregnant woman with epilepsy*, NEUROLOGY 42(suppl 5):149-160 (1992)

Diav-Citrin O., *Pregnancy Outcome after In Utero Exposure to Valproate: Evidence of Dose Relationship in Teratogenic Effect*, CNS DRUGS 22(4): 325-334 (2008)

Diav-Citrin O., *Pregnancy Outcome Following In Utero Exposure to Lithium: A Prospective, Comparative, Observational Study*, AM J PSYCHIATRY 171:785-794 (2014)

Diav-Citrin O., *Pregnancy Outcome after* In Utero *Exposure to Valproate: Evidence of Dose Relationship in Teratogenic Effect*, CNS DRUGS 22(4): 325-334 (2008)

Dickinson R.G., *Brief clinical and laboratory observations: Transmission of valproic acid (Depakene) across the placenta: Half-life of the drug in mother and baby*, THE JOURNAL OF PEDIATRICS (May 1979).

DiLiberti JH, *The fetal valproate syndrome*, AM. J. MED. GEN. 19:473-481 (1984)

Dravet C., *Epilepsy, antiepileptic drugs, and malformations in children of women with epilepsy: a French prospective cohort study*, Neurology 42(4 Suppl 5):75-82 (1992)

Einarson A., *Use and Safety of antipsychotic drugs during pregnancy*, J. PSYCHIATR PRACT 15(3):193 (2009)

Epstein R., *Treatment of bipolar disorders during pregnancy: maternal and fetal safety challenges*, DRUG, HEALTHCARE AND PATIENT SAFETY 7:7-29 (2015)

Fabro S., *The Relative Teratogenic Index and Teratogenic Potency: Proposed Components of Developmental Toxicity Risk Assessment*, TERATOGENESIS, CARCINOGENESIS, AND MUTAGENESIS 2:61-76 (1982)

FDA Classification of Drugs for Teratogenic Risk, Teratology Society Public Affairs Committee, TERATOLOGY 49:446-447 (1994)

Frankenburg FR, *Divalproex sodium treatment of women with borderline personality disorder and bipolar II disorder: a double-blind placebo-controlled pilot study*, J CLIN PSYCHIATRY 63(5):442-46 (2002)

Freeman MP, *Bipolar disorder in women: reproductive events and treatment considerations*, ACTA PSYCHIATR SCAND 112:88-96 (2005)

Galbally M., *Antipsychotic drugs in pregnancy: a review of their maternal and fetal effects*, THER ADV DRUG SAF 5(2):100-109 (2014)

Gomez M.R., *Possible teratogenicity of valproic acid*, THE JOURNAL OF PEDIATRICS (March 1981)

Grover S., *Psychotropics in pregnancy: weighing the risks*, INDIAN J MED RES 123:497-512 (2006)

Gyulai L., *Maintenance Efficacy of Divalproex in the Prevention of Bipolar Depression*, NEUROPSYCHOPHARMACOLOGY 28:1374-1382 (2003)

Hendrick V., *Teratogenic and postnatal risks of antipsychotics, benzodiazepines, lithium, and electroconvulsive therapy*, UpToDate.com, as of December 8, 2015

Hernandez-Diaz S., *Comparative safety of antiepileptic drugs during pregnancy*, Neurology 78:1692-1699 (2012);

Holmes L.B., *The AED (Antiepileptic Drug) Pregnancy Registry: A 6-Year Experience*, ARCH NEUROL 61:673-678 (2004)

ILAE-Commission on European Affairs and European Academy of Neurology, *Valproate in the Treatment of women and girls*, Pre-Publication Summary of Recommendations from Joint Task Force (to be published in Epilepsia), at http://www.ilae.org/Visitors/News/documents/ValproateCommentILAE-0315.pdf  (2015)

Iqbal M., *The Effects of Lithium, Valproic Acid, and Carbamazepine During Pregnancy and Lactation*, Clinical Toxicology 39(4):381-392 (2001)

Jacobson S.J., *Prospective multicenter study of pregnancy outcome after lithium exposure during first trimester*, LANCET 339:530-533 (1992)

Jain K., Valproic Acid Pharmacology, *available at* http://www.medmerits.com/index.php/article/valproic_acid/P1

Janz D., *The Teratogenic Risk of Antiepileptic Drugs*, EPILEPSIA, 16:159-169 (1975)

Jentink J., *Valproic Acid Monotherapy in Pregnancy and Major Congenital Malformations*, N. ENGL J. MED. 362:23 (2010)

Jones I., *Bipolar disorder, affective psychosis, and schizophrenia in pregnancy and the post-partum period*, LANCET 384(9956):1789 (2014)

Kaneko S., *Congenital malformations due to antiepileptic drugs*, EPILEPSY RESEARCH 33:145-158 (1999).

Kessler D., Vladeck D., *A Critical Examination of the FDA's Efforts to Preempt Failure-to-Warn Claims*, 96 GEO. L.J. 461 (2008)

Koch S., *Antiepileptic drug treatment in pregnancy: drug side effects in the neonate and neurological outcome*, ACTA PAEDIATR 85:739-746 (1996)

Koren, G., *Motherisk: Major Malformations with valproic acid*, CANADIAN FAMILY PHYSICIAN, 52:441-447 (2006)

Kozma C., *Valproic Acid Embryopathy: Report of Two Siblings With Further Examination of the Phenotypic Abnormalities and a Review of the Literature*, Am. J. Med. Gen. 98:168-175 (2001)

Legg N.J. (editor), *Clinical and Pharmacological Aspects of Sodium Valproate (Epilim) in the Treatment of Epilepsy*, Proceedings of a Symposium held at Nottingham University (Sept. 23-24, 1975)

Lindhout D., *Antiepileptic drugs and teratogenesis in two consecutive cohorts: Changes in prescription policy paralleled by changes in pattern of malformations*, NEUROLOGY 42 (suppl 5):94-110 (1992)

Lindhout D., *In-utero exposure to valproate and neural tube defects*, LANCET, 1(8494):1392-93 (1986)

Lindhout D., *Spina bifida and in-utero exposure to valproate*, LANCET 2:396 (1984)

Margreth Van Der Lugt N., *Fetal, neonatal and developmental outcomes of lithium-exposed pregnancies*, EARLY HUMAN DEVELOPMENT 88:375-378 (2012)

Mawer G., *Outcome of pregnancy in women attending an outpatient epilepsy clinic: adverse features associated with higher doses of sodium valproate*, SEIZURE 111:512-518 (2002)

McKnight R., *Lithium toxicity profile: a systematic review and meta-analysis*, LANCET 379:721-728 (2012)

Meador K., *Pregnancy outcomes in women with epilepsy: a systematic review and meta-analysis of published pregnancy registries and cohorts*, J. NEUROL. NEUROSURG. PSYCHIATRY, 80:506-514 (2008)

Morrow J., *Malformation risks of antiepileptic drugs in pregnancy: a prospective study from the UK Epilepsy and Pregnancy Register*, J NEUROL NEUROSURG PSYCHIATRY 77:193-198 (2006)

National Institute of Health and Clinical Excellence, *Bipolar disorder: The management of bipolar disorder in adults, children and adolescents, in primary and secondary care*, National Clinical Practice Guideline Number 38, http://www.nice.org.uk (Accessed on December 30, 2011)

Ohtsuka Y., *Effect of Antiepileptic Drugs on Psychomotor Development in Offspring of Epileptic Mothers*, 23rd IEC Proceedings (1999)

Omtzigt J.G., *The risk of spina bifida aperta after first-trimester exposure to valproate in a prenatal cohort*, NEUROLOGY 42(suppl. 5:119-125) (1992)

Pinder R.M., *Sodium Valproate: A Review of its Pharmacological Properties and Therapeutic Efficacy in Epilepsy*, CLINICAL PHARMACOKINETICS 12:81-123 (1977)

Pope H., *Valproate in the Treatment of Acute Mania*, ARCH GEN PSYCHIATRY 48:62-68 (1991)

Public Affairs Committee of the Teratology Society, *Teratology Public Affairs Committee Position Paper: Pregnancy Labeling for Prescription Drugs: Ten Years Later*, Birth Defects Research (Part A): CLINICAL AND MOLECULAR TERATOLOGY 79:627-630 (2007)

Reis M., *Maternal use of antipsychotics in early pregnancy and delivery outcome*, J CLIN PSYCHOPHARMACOL 28(3):279-288 (2008)

Robakis, T., *Atypical Antipsychotics During Pregnancy: Make decisions based on available evidence, individualized risk/benefit analysis*, Current Psychiatry 12(7):13-20 (2013)

Robert E., *Maternal Valproic Acid and Congenital Neural Tube Defects*, LANCET (Oct. 23, 1982)

Robert E., *Valproate and Birth Defects*, LANCET (Nov. 12, 1983)

Rodriguez-Pinilla E., *Prenatal Exposure to Valproic Acid During Pregnancy and Limb Deficiencies: A Case-Control Study*, AM. J. MED. GEN. 90:376-381 (2000)

Sabers A., *Pregnancy and epilepsy: a retrospective study of 151 pregnancies*, ACTA NEUROL SCAND 97:164-170 (1998).

Samren E.B., *Antiepileptic Drug Regimens and Major Congenital Abnormalities in the Offspring*, ANN. NEUROL 46:739-746 (1999)

Samren E.B., *Maternal Use of Antiepileptic Drugs and the Risk of Major Congenital Malformations: A Joint European Prospective Study of Human Teratogenesis Associated with Maternal Epilepsy*, EPILEPSIA 38(9): 981-990 (1997).

Scialli A., *The Perils of the Pregnancy Label*, REPROTOX in a Nutshell, April 2004

Sharony R., *Preaxial Ray Reduction Defects as Part of Valproic Acid Embryofetopathy*, PRENATAL DIAGNOSIS, 13:909-918 (1993)

Shorvon S., *Drug Treatment of Epilepsy in the Century of the ILAE: The second 50 years, 1959-2009*, EPILEPSIA 50 (Suppl. 3):93-130 (2009)

Sullivan F.M., *A Comparison of the Teratogenic Activity of the Antiepileptic Drugs Carbamazepine, Clonazepam, Ethosuximide, Phenobarbital, Phenytoin, and Primidone in Mice*, TOXICOLOGY AND APPLIED PHARMACOLOGY 40, 365-378 (1977)

Swann AC, *Depression during mania.  Treatment response to lithium or divalproex*, ARCH GEN PSYCHIATRY 54(1):37-42 (1997)

Tanoshima M, *Risks of Congenital Malformations in Offspring Exposed to Valproic Acid* In Utero: *A Systematic Review and Cumulative Meta-analysis*, CLINICAL PHARMACOLOGY AND THERAPEUTICS, 98:417-441 (Oct. 2015)

The North American Pregnancy and Epilepsy Registry, *A North American Registry for Epilepsy and Pregnancy, a Unique Public/Private Partnership of Health Surveillance*, EPILEPSIA 39(7):793-798 (1998)

Tohen M., *Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially nonresponsive to valproate or lithium monotherapy*, ARCH GEN PSYCHIATRY 59(10):62-69 (2002)

Tomson, T., *Dose-Dependent teratogenicity of valproate in mono- and polytherapy*, NEUROLOGY 85(10)866:872 (2015)

Vajda F.J.E., *Foetal malformations and seizure control: 52 months data of the Australian Pregnancy Registry*, EUROPEAN JOURNAL OF NEUROLOGY 13:645-654 (2006)

Vajda F.J.E., *Critical relationship between valproate dose and human teratogenicity: results of the Australian register of anti-epileptic drugs in pregnancy*, Journal of Clinical Neuroscience 11(8)854:858 (2004)

Verloes A., *Proximal phocomelia and radial ray aplasia in fetal valproic syndrome*, EUR. J. PEDIATR 149:266-267 (1990)

Viguera A., *Managing Bipolar Disorder During Pregnancy: Weighing the Risks and Benefits*, CAN J PSYCHIATRY 47:426-436 (2002)

Wassef A., *Divalproex Sodium Augmentation of Haloperidol in Hospitalized Patients With Schizophrenia: Clinical and Economic Implications*, JOURNAL OF CLINICAL PSYCHOPHARMACOLOGY, Vol. 23, No. 6 (2001)

Whittle B.A., *Pre-Clinical Teratological Studies on Sodium Valproate (Epilim) and Other Anticonvulsants*, Proceedings of a Symposium held at Nottingham University (Sept. 23-24, 1975)

Wide K, *Major malformations in infants exposed to antiepileptic drugs* in utero, *with emphasis on carbamazepine and valproic acid: a nation-wide, population-based register study*, ACTA PAEDIATR 93:174-176 (2004)

Williams PG, *A male with fetal valproate syndrome and autism*, DEVEL. MED. CHILD NEUROL. 39:632-634 (1997)

Winter RM, *Fetal valproate syndrome: is there a recognizable phenotype?* J. MED. GEN. 24:692-695 (1987)

11

Wyszynski, D.F., *Increased rate of major malformations in offspring exposed to valproate during pregnancy*, NEUROLOGY 64:961-965 (2005)

Yacobi S., *Is Lithium a Real Teratogen? What Can We Conclude from the Prospective Versus Retrospective Studies? A Review*, ISR J PSYCHIATRY RELAT SCI 45:95-106 (2008)

Additional articles considered are set forth in Schedules 13, 18, and 19 of this Report

**OTHER**
All documents cited in this Report and Schedules

FDA statutes, guidances, regulations and websites

Files and documents, including but not limited to Depakote IND/NDA SNDA files, were accessed and searched online via the litigation document database (Relativity)

**AERs and PADERS**
ABTPAW000114383
APTPAW000146759
APTPAW000306970
APTPAW000352762
APTPAW000487523
APTPAW000487852
APTPAW000535208
APTPAW000535460
APTPAW000545025
APTPAW000563944
APTPAW000566344
APTPAW000605525
APTPAW000605526
APTPAW000751137
APTPAW000753996
APTPAW000770238

**Specific statutory sections considered**
21 CFR 200
21 CFR 201 (1999)
21 CFR 201 (2006)
21 CFR 201 (2015)
21 CFR 202
21 CFR 203
21 CFR 310
21 CFR 312
21 CFR 314
21 CFR 600
21 CFR 601
21 U.S.C. 352
21 U.S.C. 355 (FDCA 505)

71 Fed. Reg. 3922
73 Fed. Reg. 49605

**Specific statutory sub-sections considered**
21 CFR 200.5
21 CFR 201.56
21 CFR 201.57 (1999)
21 CFR 201.57 (2005)
21 CFR 201.57 (2006)
21 CFR 201.57 (2015)
21 CFR 201.80
21 CFR 314.70
21 CFR 314.80
21 CFR 314.81
21 CFR 600.80
21 CFR 600.81

*Feldman v. Lederle Lab.*, 125 N.J. 117, 121 (N.J. 1991)
*Hill v. Searle Labs*, 884 F.2d 1064, 1068 (8th Cir. 1989
*Mutual Pharmaceutical Co. Inc. v. Bartlett* (2013) 133 S.Ct. 2466, 2480
*Thomas v. Winchester*, 6 N.Y. 397 (1852)
*Vautour v. Body Masters Sports Indus.*, 147 N.H. 150, 153-54 (2001)
*Wells v. Ortho Pharm. Corp.*, 788 F.2d 741, 746 (11th Cir. 1986)
*Wyeth v. Levine*, 555 U.S. 555, 567 (2009)

Abbvie Code of Business Conduct at 18, *available at*
http://www.abbvie.com/assets/responsibility/AbbVie.com_Code_of_Business_Conduct.pdf

Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use (21 CFR 314 & 601)

Dr. Sandra Kweder, June 3, 1999 Transcript from Food and Drug Administration Reproductive Health Drugs Advisory Committee, Pregnancy Labeling Subcommittee

Dr. Sandra Kweder, October 18, 1999 Public Meeting of Food and Drug Administration Reproductive Health Drugs Advisory Committee

Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process, GAO-06-402, March 31, 2006, Introduction page,
http://www.gao.gov/new.items/d06402.pdf

Food and Drug Administration release re: Information for Healthcare Professionals: Risk of Neural Tube Birth Defects following prenatal exposure to Valproate (December 3, 2009), *available at*
http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/DrugSafetyInformationforHeathcareProfessionals/ucm192649.htm

Food and Drug Administration, "Guidance for Industry Labeling for Human Prescription Drug and Biological Products – Implementing the PLR Content and Format Requirements," February 2013 at 2, *available at*

13

http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm075082.pdf

Food and Drug Administration, "Guidance for Industry-Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription and Biological Products-Content and Format," October 2011, *available at* http://www.fda.gov/downloads/Drugs/.../Guidances/ucm075096.pdf

Food and Drug Administration, *Guidance for Industry: Establishing Pregnancy Exposure Registries*, August 2002, available at http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm071639.pdf

Food and Drug Administration, Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005), *available at* http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf

Hearing, March 1, 2005, FDA's Drug Approval Process: Up to the Challenge?, S.Hrg. 109-67, at 24

http://speakingofresearch.com/2012/03/05/understanding-adverse-drug-reactions-adrs/

http://vivisectioninformation.com/index2dd4.html?p=1_8_All-you-need-to-know-in-33-facts

http://vivisectioninformation.com/indexbf04.html?p=1_11_HISTORY-AND-HUMAN-ILLNESS-animal-testshave-failed-patients

http://vivisectioninformation.com/indexd524.html?p=1_5_Is-animal-testing-better-than-pure-guesswork

http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm192645.htm

http://www.fda.gov/drugs/resourcesforyou/consumers/ucm143534.htm

http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Efficacy/E2A/Step4/E2A_Guideline.pdf

http://www.pcrm.org/research/animaltestalt/animaltesting/dangerous-medicine-examples-of-animal-based-tests

http://www.peta.org/issues/animals-used-for-experimentation/us-government-animal-testing-programs/food-drugadministration/

https://www.newscientist.com/article/mg21628950-200-how-human-biology-can-prevent-drug-deaths/

Institute of Medicine, "The Future of Drug Safety: Promoting and Protecting the Health of the Public," 2007, p.4; http://www.nap.edu/openbook.php?record_id=11750&page=4

U.S. Department of Health and Human Services, Food and Drug Administration, *Reviewer Guidance: Evaluating the Risks of Drug Exposure in Human Pregnancies*, April 2005

*United States v. Abbott Laboratories*, Case 1:12-cr-0026-SGW, In the United States District Court for the Western District of Virginia, Abingdon Division, Agreed Statement of Facts, Document 5-2 (May 7, 2012)

USDHHS, FDA, *Guidance for Industry and FDA Staff: Dear Health Care Provider Letters: Improving Communication of Important Safety Information* (Jan. 2014)

USDHHS, FDA, *Guidance for Industry: Changes to an Approved NDA or ANDA* (April 2004)

USDHHS, FDA, *Guidance for Industry: Postmarketing Studies and Clinical Trials – Implementation of Section 505(o)(3) of the Federal Food, Drug, and Cosmetic Act*, at 3-4 (April 2011)

Sanofi's 2006 Epilim "Summary of Product Characteristics, available at https://web.archive.org/web/20151214180719/http://www.sanofi-aventis.co.uk/products/Epilim_Chrono_SPC%20.pdf

Sanofi's 2015 Epilim Data Sheet, available at http://medsafe.govt.nz/profs/Datasheet/e/Epilimtabsyrliqiv.pdf

Valpro (by Alphapharm) Production Information Sheet (2015), available at http://www.medicines.org.au/files/afpvalpr.pdf

Epival 2015 Product Monograph, available at http://www.abbott.ca/docs/EPIVAL-PM-E.pdf

Epival Label (2002)

Epival Label (2004)

Epilim Label (2003)

Abbott's Depakene/Depakote Labels-1979-2015

Pregnancy Category D Labels-*see* Schedule 7 of this Report

Labels for alternative therapies for the types of epilepsy and phases of bipolar for which Depakote is indicated-*see* Schedule 11 of this Report

**Annual Reports**
Abbott Annual Reports for Depakote-*see*, in part, Schedule 10 of this Report
APTPAW000133819
APTPAW000427571
APTPAW000473733
APTPAW000522848
APTPAW000544498
APTPAW000547761
APTPAW000584976
APTPAW000694104
APTPAW000811383
APTPAW000933903
APTPAW000943870

**FDA Communications**
ABTDOT000022447

ABTDOT000311682
ABTDOT000312165
ABTDOT000313232
ABTDOT000370752
ABTDOT000370754
ABTDOT000411713
ABTDOT000438490
ABTDOT000438492
ABTDOT000438708
ABTDOT000463502
ABTDOT000912093
ABTDOT000996043
ABTDOT001010183
ABTDOT001034782
ABTDOT001039953
ABTDOT001074210
ABTDOT001110372
ABTDOT001127043
ABTDOT001136331
ABTDOT001136337
ABTDOT001308328
ABTDOT001337011
ABTDOT001364306
ABTDOT001790432
ABTDOT001790434
ABTDOT001875221
ABTDOT001875222
ABTDOT001875223
ABTILSD000142754
ABTILSD000285335
ABTILSD000539408
ABTILSD000540845
ABTILSD000540845
ABTILSD000540876
ABTILSD000542691
ABTILSD000544336
ABTILSD000547143
ABTILSD000547167
ABTILSD000704683
ABTILSD002077144

ABTILSD002377907
ABTILSD003670158
ABTILSD003702795
ABTILSD004221052
ABTILSD004322994
ABTILSD005394008
ABTILSD-A000067947
ABTILSD-A000068507
ABTILSD-A000069059
ABTILSD-A000069595
ABTILSD-A000070176
ABTILSD-A000070717
ABTPAW000062047
ABTPAW000069464
ABTPAW000069519
ABTPAW000305001
ABTPAW000305007
ABTPAW000305362
ABTPAW000309774
ABTPAW000330716
ABTPAW000335321
ABTPAW000337496
ABTPAW000430766
ABTPAW000434343
ABTPAW000440727
ABTPAW000481608
ABTPAW000485895
ABTPAW000498706
ABTPAW000522843
ABTPAW000533219
ABTPAW000544377
ABTPAW000544499
ABTPAW000545650
ABTPAW000546059
ABTPAW000547737
ABTPAW000560404
ABTPAW000560835
ABTPAW000561331
ABTPAW000561339
ABTPAW000561357

ABTPAW000591293
ABTPAW000694054
ABTPAW000727542
ABTPAW000737220
ABTPAW000754236
ABTPAW000811406
ABTPAW000849864
ABTPAW000860589
ABTPAW000918940
ABTPAW000919954
ABTPAW000933924
ABTPAW000943871
ABTPAW000950018
ABTPAW000996211
ABTPAW001000852
APTPAW000708941
Dear Doctor Letter (1982)
Deposition Exhibit 36
Deposition Exhibit 602
Deposition Exhibit 683

**INDs**
ABTDOT000305247
ABTPAW00084575
ABTPAW000849492
APTPAW000811536

**NDAs & sNDAs**
ABTILSD002588002
ABTPAW000132074
ABTPAW000219642
ABTPAW000219850
ABTPAW000219918
ABTPAW000220642
ABTPAW000577645
ABTPAW000582259
ABTPAW000687521_001
ABTPAW000737220
ABTPAW000996963

**<u>Expert Reports</u>**

1/17/2016 Expert Report of Dr. David Madigan

**<u>Depositions and Exhibits</u>**

10/29/13 Deposition of Blasine Penkowski including all exhibits
11/21/13 Deposition of Lee Muraoka including all exhibits
11/22/13 Deposition of Lee Muraoka including all exhibits
12/3/13 Deposition of James Embrescia including all exhibits
12/4/13 Deposition of James Embrescia including all exhibits
12/10/13 Deposition of Michael Murray including all exhibits
1/13/14 Deposition of Tracy Heimberger including all exhibits
1/14/14 Deposition of Tracy Heimberger including all exhibits
1/15/14 Deposition of Brian Enright including all exhibits
2/12/14 Deposition of James Embrescia including all exhibits
2/13/14 Deposition of Michael Jarvis including all exhibits
2/14/14 Deposition of Michael Jarvis including all exhibits
2/14/14 Deposition of James Steck including all exhibits
4/24/14 Deposition of Michael Jarvis including all exhibits
4/25/14 Deposition of Tracy Heimberger including all exhibits
4/29/14 Deposition of Lee Muraoka including all exhibits
4/29/14 Deposition of Michael Murray including all exhibits
6/25/14 Deposition of Jeffrey Baker including all exhibits
7/17/14 Deposition of Scott Luce including all exhibits
7/31/14 Deposition of Michael LaFond including all exhibits
8/13/14 Deposition of Lawrence Carbone including all exhibits
12/11/14 Deposition of James Embrescia including all exhibits
1/22/15 Deposition of Michael Jarvis including all exhibits