# EXHIBIT 2

Linda A. Motyka, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS


IN RE DEPAKOTE CASES:

RHEALYN ALEXANDER, et al.,

                Plaintiffs,

                           CASE NUMBER
VS.                         12-CV-52-NJR-SCW

ABBOTT LABORATORIES, INC., et al.,

                Defendants.


Case affected:

A.S., a minor, by MARTHEE
SANSONE, individually and as
parent and next friend of A.S.

                           CASE NUMBER
VS.                         17-CV-793

ABBOTT LABORATORIES, INC.


DEPOSITION OF LINDA A. MOTYKA, Ph.D.


The deposition of Linda A. Motyka, Ph.D., was

taken at the law office of Heninger, Garrison

& Davis, in Birmingham, Alabama, on November 6,

2017, commencing at 9:00 a.m., before Mitzi Smith,

Court Reporter & Notary Public as Commissioner,

pursuant to the stipulations set forth herein.

Linda A. Motyka, Ph.D.

Page 32

1    A      With the attorneys?

2    Q      Yes.

3    A      No.

4    Q      In your work in the Paxil litigation,

5    did you review the Paxil IND?

6    A      Yes.

7    Q      Did you review the Paxil NDA?

8    A      Parts of it, yes.

9    Q      Did you review correspondence between

10   GFK and FDA?

11   A      Yes.

12   Q      Why did you review correspondence from

13   the GFK and FDA?

14   A      Let me think.  Because it was provided

15   to me.

16   Q      Did you rely upon the correspondence at

17   least in part in reaching your opinions in

18   those cases?

19          MR. GARRISON:  Object to the form.

20   A      Maybe.

21   Q      On page 34 of your report, you list

22   documents reviewed/referenced.

23   A      Yes.

24   Q      Is that list complete in terms of the

25   documents that you've reviewed?

Linda A. Motyka, Ph.D.

Page 33

1    A       Whatever's in here in Exhibit 1 as well

2    as what may be referenced in my report.

3    Q       Okay.  So to the extent it is not listed

4    on Exhibit 1 or referenced in your report, fair

5    to say you haven't looked at it?

6    A       Right.  I do believe this is complete.

7    Q       You haven't looked at any deposition

8    transcript of Abbott Company witnesses;

9    correct?

10   A       Correct.

11   Q       And you haven't looked at any trial

12   transcripts for any witness in this litigation,

13   have you?

14   A       Correct.

15   Q       Have you looked at the deposition

16   transcript of any other experts in this

17   litigation?

18   A       No.

19   Q       I see here on page 36, items 43 and 44

20   are the expert reports of Suzanne Parisian and

21   David Kessler.  Do you see that?

22   A       Yes.

23   Q       Why did you review those reports?

24   A       They were given to me.

25   Q       Did you ask for them?

Linda A. Motyka, Ph.D.

Page 37

1    my calculation that's about 250 hours total.

2    Do you know how much of that 250 hours was

3    spent reviewing documents versus writing your

4    report?  Can you give me even a percentage

5    breakdown?

6    A      No.

7    Q      On page 32, at the top of page 32, Item

8    4, additional information requested.  When did

9    you request this information?

10   A      What do you mean?

11   Q      Well, when did you request it?  Did you

12   request it a week ago, five months ago?  When

13   did you request the information?

14   A      This is for in September.

15   Q      So you just pointed to the front page of

16   your report dated September 26th.  So you've

17   requested the information on that date?

18   A      Yeah, but that's not for this report.  I

19   don't need this information for my report.

20   Q      Why do you need this information?

21   A      For any future work that the attorneys

22   may have in mind.  This is just for my

23   information only.

24   Q      As far as you're concerned for the

25   opinions you intend to offer in these cases, it

Linda A. Motyka, Ph.D.

Page 38

1   is not necessary for you to review anything

2   further.

3   A      Correct.

4   Q      The third bullet here says all

5   correspondence between Abbott and FDA on

6   Depakote and birth defects.  We talked just a

7   minute ago I think about the fact that you got

8   a couple of pieces of correspondence from

9   either your search on the website or from FOI

10  services; correct?  You mentioned you had a few

11  pieces of correspondence through those two

12  means; right?

13  A      And from the drugs at FDA.

14  Q      And other than that, you don't have any

15  other correspondence as between Abbott and FDA;

16  right?

17  A      Not that I can remember.

18  Q      You don't think it's relevant to your

19  opinion to have correspondence between Abbott

20  and FDA on Depakote and birth defects?

21  A      For what I've written here, no.  I've

22  gotten everything I need from the public

23  domain.

24  Q      Did you review the labels for any other

25  anti-epileptic drugs before reaching your

Linda A. Motyka, Ph.D.

Page 40

1    information.

2    Q      And other than any scientific

3    publications?

4    A      They had scientific publications on

5    their website.

6    Q      And other than any scientific

7    publications that were on the NAAED website,

8    did you do any other independent -- did you do

9    any independent search of the scientific

10   literature on Depakote or valproic acid?

11   A      Yes, to gain specific documents that I

12   needed, yes.

13   Q      So what were those searches?

14   A      Those searches would have been for the

15   CDC documents relating to the study in Lyon

16   France, so I went on the Internet to get those

17   specific documents.

18   Q      Was that from the CDC website?

19   A      No, that would have been a general

20   search.

21   Q      But that was general in looking

22   specifically for that data?

23   A      Yes, because I was looking for source

24   data.

25   Q      Did you ever go on PubMed prior to

Linda A. Motyka, Ph.D.

Page 41

1    reaching your opinions in this case and do a

2    search for Depakote or valproic acid in birth

3    defects?

4    A      I know I linked to some PubMed articles

5    that I had gotten through my research here, but

6    I did not specifically go on PubMed and type in

7    valproic acid or Depakote.

8    Q      And anything, any scientific articles

9    that you reviewed, any scientific publications

10   that you reviewed are listed in Exhibit 1;

11   correct?

12   A      Or in my report.

13   Q      Other than what's listed in your report

14   or in Exhibit 1, you didn't look at any other

15   scientific articles on Depakote or valproic

16   acid and birth defects, did you?

17   A      I don't believe so.  I believe these

18   lists are complete.

19   Q      Complete in the sense that they're

20   representative of what you reviewed; correct?

21   A      I believe so.

22   Q      You haven't reviewed the IND for

23   Depakote, have you?  Or any of the Depakote or

24   Depakene, Depacon, have you reviewed any INDs?

25   A      Entire INDs?

Linda A. Motyka, Ph.D.

Page 161

1   Q      Well, Stephen Hoff is saying that the

2   FDA was -- told him --

3   A      Starting from, "Given the studies'

4   inability to establish this correlation, the

5   proposed sentence should not be incorporated

6   into labeling.  A similar proposed sentence in

7   the patient information leaflet was removed in

8   the approval letter for January 2006."

9   Q      That seems to indicate two different

10  statements; right?  One the labeling and one on

11  the patient information leaflet; correct?

12  A      Yes.

13  Q      They're removing both.

14  A      Yes.

15  Q      Okay.  I'm going to show you what we're

16  marking as Exhibit 20.

17                 (Defendant's Exhibit 19 was

18                  marked for identification.)

19  Q      And this is a May, 21st, 2000 submission

20  from Abbott to the FDA.

21  A      I didn't get a 19.  Is that okay?

22  Q      No, you're right.  That's actually -- 19

23  is a May 21st, 2007 submission from Abbott to

24  FDA entitled Request For Advice Regarding

25  Developmental Delay Labeling for Depakote.  Do

Linda A. Motyka, Ph.D.

Page 162

1    you see that?

2    A      Yes.

3    Q      And if we just look at the first

4    paragraph, Stephen Hoff says, "Abbott

5    Laboratories previously submitted a labeling

6    change dated April 18th, 2005 for Depakote to

7    include revised information related to

8    developmental delay in the warnings, usage in

9    pregnancy and the patient information leaflet

10   sections.  The agency responded to the proposed

11   labeling by email on February 7th, 2006 that

12   the labeling for developmental delay should not

13   be included."  And then he repeats the email,

14   and those are the last two documents we looked

15   at, the April '05 submission and the February

16   2006 email; right?

17   A      Yeah.

18   Q      Okay.  Then you will see under that

19   paragraph it says, "Abbott responded by

20   removing the proposed wording and subsequently

21   the labeling revision was approved on October

22   13th, 2006 without the developmental delay

23   language."  You see that?

24   A      Yes.

25   Q      Okay.  Abbott goes on to state that

Linda A. Motyka, Ph.D.

Page 163

1    it's, "Continued to monitor the literature and

2    our spontaneous adverse event database for

3    developmental delay associated with valproic

4    acid.  We provides an updated analysis of the

5    occurrence of developmental delay in attached

6    white paper which now includes more compelling

7    data from the neurodevelopmental effects of

8    anti-epileptic drug NEAD study.  The interim

9    results from the NEAD study are the first data

10   with adequate control from internal IQ using a

11   standard IQ measure and show a significant

12   developmental delay in 185 two year old

13   children exposed to valproic acid during

14   pregnancy."  Then if you read further, it says,

15   "Abbott requested the agency review the

16   attached information for the NEAD study and

17   provide advice on the acceptability of these

18   data for use in revised labeling to include

19   developmental delay."  And they repeat that

20   statement that they tried to include in 2005.

21   Do you see that?

22   A      Yes.

23   Q      If you flip over one page, you will see

24   another white paper.

25   A      Yes.

Linda A. Motyka, Ph.D.

Page 164

1    Q      On neurodevelopmental delay.

2    A      Uh-huh.

3    Q      And again there are -- there is a

4    discussion, and you're welcome to read it, that

5    takes place over until page 6 on the published

6    literature, and on page 6 then continues with

7    Abbott's analysis of its postmarketing

8    database.  Do you see that?

9    A      Okay.  There's a summary here of

10   literature information postmarketing database.

11   Q      And if you look at page P2.

12   A      I want to read this.  Okay.  Where are

13   you now?

14   Q      P2 on the white paper.  And in the

15   middle of that paragraph above clinical studies

16   and case reports, it says, "Given the pattern

17   of findings in this emerging literature in an

18   abundance of caution, Abbott is requesting

19   advice regarding whether it is now appropriate

20   to add language to the current label regarding

21   the potential risk of NDD, neurodevelopmental

22   delay in offspring exposed in utero to

23   valproate.  It is hoped that providing this

24   information can better inform the physician and

25   patient in their risk/benefit analysis of

Linda A. Motyka, Ph.D.

Page 165

1   appropriate medication use and encourage early

2   intervention when developmental delays do

3   occur."  Do you see that?

4   A      Yes.

5   Q      And so Abbott is again asking in May of

6   2007 to add developmental delay information to

7   its label; right?

8   A      Right, but they didn't need to ask.

9   They could have done it.  It says here in the

10  back, if you look in the back here, it talks

11  about previous contact with the FDA page 8, and

12  it says that they convened an expert panel of

13  advisors in January 2005 to provide advice on

14  scientific and clinical meaning of the emerging

15  literature.  It was not necessary for them to

16  ask before they put information in the

17  labeling.

18  Q      Dr. Motyka, you've seen certainly in

19  response to -- they made a proposal in April of

20  2005, and that proposal was rejected; correct?

21  A      Yes.

22  Q      Okay.  And now they're asking again in

23  May of 2007, they're making that same proposal.

24  Are you aware of the FDA's response to this

25  submission?

Linda A. Motyka, Ph.D.

Page 242

1    A      Yes.

2    Q      Other than that has two, you have not

3    read a single published article on the

4    comparative risk of Depakote; correct?

5    A      Correct.  I did not read them.  I relied

6    on the summary.

7                (Defendant's Exhibit No. 26 was

8                 marked for identification.)

9    Q      I'm going to show you what we're going

10   to mark as Exhibit 26.  And I just have one

11   question for you, Doctor, and that's whether or

12   not you've ever seen this study before.

13   A      Not that I recall.

14               (Defendant's Exhibit No. 27 was

15                marked for identification.)

16   Q      Okay.  I'll show you what we're going to

17   mark as Exhibit 27 and ask if you've ever seen

18   this study before.

19   A      Not that I recall, no.

20               (Defendant's Exhibit No. 28 was

21                marked for identification.)

22   Q      I show you what we're marking as Exhibit

23   28.  And actually for the record, Exhibit 26 is

24   an article by Dravet et al in the Journal of

25   Neurology dated April, 1992.  Exhibit 27 is an

Linda A. Motyka, Ph.D.

Page 243

1    article by Kaneko et al also in the Journal of

2    Neurology in April, 1992.  And Exhibit 28 is an

3    article by Kaneko et al and CNS drugs, 1995.

4    Have you seen this article before?

5    A      28?

6    Q      Yes.

7    A      I don't believe so, no.

8                 (Defendant's Exhibit No. 29 was

9                  marked for identification.)

10   Q      Exhibit 29 is an article by Lindhout and

11   Omtzigt in Epilepsia 1994.  Have you seen this

12   article before, Doctor?

13   A      I don't recall it.

14                (Defendant's Exhibit No. 30 was

15                 marked for identification.)

16   Q      Exhibit 30 is an article by Samren et al

17   in the Journal of Epilepsia dated 1997.  Have

18   you seen this article before, Doctor?

19   A      Not that I recall.

20                (Defendant's Exhibit No. 31 was

21                 marked for identification.)

22   Q      Exhibit 31 is a practice parameter

23   published in Epilepsia entitled Management

24   Issues For Women With Epilepsy.  Ask you if

25   you've seen this practice parameter before.

Linda A. Motyka, Ph.D.

Page 246

1   before?

2   A       I don't recall it, no.

3               (Defendant's Exhibit No. 35 was

4               marked for identification.)

5   Q       Exhibit 35 is an article entitled

6   Neurodevelopmental Effects of Anti-Epileptic

7   Drugs By Dr. Meador published in 2002 in

8   epilepsy.  Have you seen this before?

9   A       I don't recall this, no.

10  Q       If you turn with me to page 375.

11  A       Of this one?

12  Q       Uh-huh.  Yes.

13  A       Yeah.

14  Q       On the right-hand column -- excuse me.

15  On the left-hand column in the middle of the

16  page, the third full paragraph says, "The

17  greatest controversy and most critical

18  unanswered question is whether differential AED

19  effects exist."  Do you see that?

20  A       Yes.

21  Q       You have no reason to dispute Dr.

22  Meador's statement published in 2002 about

23  that, do you, Doctor?

24              MR. GARRISON:  Object to the form.

25  A       I don't even know what it relates to

Linda A. Motyka, Ph.D.

Page 257

```
 1                        CERTIFICATE

 2

 3    STATE OF ALABAMA

 4    TALLADEGA COUNTY

 5

          I, the undersigned, a CSR, RPR, CRR and
 6    Notary Public of the State of Alabama at Large,
      hereby certify that the proceedings in the
 7    herein matter were taken at the time and place
      therein stated; that the proceedings were
 8    reported by me, court reporter and
      disinterested person, and were thereafter
 9    transcribed by means of computer-aided
      transcription; that the foregoing is a complete
10    and true record of said witness.

11         I further certify that I am not of counsel
      or attorney for either or any of the parties in
12    the foregoing proceedings and caption named, or
      in any way interested in the outcome of the
13    cause named in said caption.

14         IN WITNESS WHEREOF set my hand and affixed
      my seal this 16th day of November, 2017.

15

16

17

18

19                    Mitzi Smith, ACCR# 117, RPR, CRR
                      Notary Public State of Alabama
20

21    My Commission Expires:  August 16, 2018

22

23

24

25
```