# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

| | |
|---|---|
| IN RE DEPAKOTE: | : |
| RHEALYN ALEXANDER, | : |
| et al., | : No. |
|    Plaintiffs, | : 12-52-NJR-SCW |
| vs. | : |
| ABBOTT LABORATORIES, | : |
| INC., | : |
|    Defendant. | : |

DEPOSITION UNDER ORAL EXAMINATION OF

PATTI NEMETH, M.D.

9:00 a.m.

Rio Rancho, New Mexico

- - -

REPORTED BY:  DANA SREBRENICK, CRR, CLR

- - -

Golkow Technologies, Inc.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Patti Nemeth, M.D.

Page 103

1  Mr. Bross brought to your attention earlier.
2            MR. OTT:  Are you going to be on that
3  same page, 437?
4            MR. KLATT:  I want to go to an earlier
5  page, page 434.
6            MR. OTT:  Let's see if we can find it.
7  Does it start off "sprinkle," on the "Depakote
8  sprinkle" continued on the top?  434, right?
9            MR. BROSS:  That would be that page.
10           MR. OTT:  It says, "Depakote sprinkle,"
11 there's no page number on the top.
12           MR. KLATT:  I'm sorry.
13    BY MR. KLATT:
14    Q.   In the right-hand column of the page
15 you're looking at, does it have the beginning of
16 the entry for Depakote tablets?
17    A.   Yes.
18    Q.   And is that what you were prescribing to
19 Ms. Sansone?
20    A.   Yes.
21    Q.   And do you see that there's a box warning
22 there?
23    A.   Yes.
24    Q.   Is it your understanding that a box
25 warning is the most serious warning that FDA can

Patti Nemeth, M.D.

Page 104

```
 1   prescribe for a drug?
 2        A.    Yes.
 3        Q.    And do you see that the box warning is in
 4   a box, correct?
 5        A.    Yes.
 6        Q.    And in the middle of the box is in bolded
 7   "Teratogenicity," correct?
 8        A.    Yes.
 9        Q.    And that means birth defects?
10        A.    That's right.
11        Q.    To a physician; is that right?
12        A.    Yes.
13        Q.    And it says here -- and I don't think
14   Mr. Bross read this to you earlier, it says,
15   "Valproate can produce teratogenic defects such as
16   neural tube defects, for example, spina bifida,"
17   correct?
18        A.    Yes.
19        Q.    So in 2003/2004, you knew that Depakote
20   could produce teratogenic defects such as neural
21   tube defects, including spina bifida, correct?
22        A.    Yes.
23        Q.    Spina bifida is an extremely serious
24   birth defect; is that right?
25        A.    Yes.
```

CERTIFICATION

I, DANA N. SREBRENICK, a Certified Court Reporter for and within the State of New Mexico, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of October 5, 2016.

_____
DANA N. SREBRENICK, CLR, CRR

\* \* \*