# EXHIBIT 8



**58**
EDITION

**2004**

# PHYSICIANS' DESK REFERENCE®

**Executive Vice President, Directory Services:** David Duplay

**Vice President, Sales and Marketing:** Dikran N. Barsamian
**Senior Director of Pharmaceutical Sales:** Anthony Sorce
**National Account Manager:** Marion Reid, RPh
**Senior Account Manager:** Frank Karkowsky
**Account Managers:** Marjorie A. Jaxel, Denise Kelley, Eileen Sullivan, Suzanne E. Yarrow, RN
**Director of Trade Sales:** Bill Gaffney
**Senior Director, Marketing and Product Management:**
Valerie E. Berger
**Senior Product Manager:** Jeffrey D. Dubin
**Finance Director:** Mark S. Ritchin
**Senior Director, Publishing Sales and Marketing:** Michael Bennett
**Senior Marketing Manager:** Jennifer M. Fronzaglia
**Direct Mail Manager:** Lorraine M. Loening
**Manager of Marketing Analysis:** Dina A. Maeder
**Promotion Manager:** Linda Levine
**Vice President, Regulatory Affairs:** Mukesh Mehta, RPh
**Editorial Director:** Lisette Bralow
**Manager, Professional Data Services:** Thomas Fleming, PharmD
**Manager, Editorial Services:** Bette LaGow
**Manager, Concise Data Content:** Tammy Chernin, RPh

**Drug Information Specialists:** Greg Tallis, RPh; Min Ko, PharmD
**Project Editor:** Harris Fleming
**Senior Editor:** Lori Murray
**Production Editor:** Gwynned L. Kelly
**Senior Director, Operations:** Brian Holland
**Director of PDR Operations:** Jeffrey D. Schaefer
**Manager of Production Operations:** Thomas Westburgh
**PDR Production Manager:** Joseph F. Rizzo
**Senior Production Coordinators:** Gianna Caradonna, Christina Klinger
**Production Coordinator:** Yasmin Hernández
**Senior Index Editor:** Shannon Reilly
**Index Editor:** Noel Deloughery
**Format Editor:** Michelle S. Guzman
**Production Associate:** Joan K. Akerlind
**Production Design Supervisor:** Adeline Rich
**Electronic Publishing Designers:** Bryan Dix, Rosalia Sberna, Livio Udina
**Digital Imaging Coordinator:** Michael Labruyere
**Director of Client Services:** Stephanie Struble
**Fulfillment Manager:** Louis J. Bolcik

**THOMSON**™
**PDR**

Copyright © 2004 and published by Thomson PDR at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. Physicians' Desk Reference®, PDR®, Pocket PDR®, PDR Family Guide to Prescription Drugs®, PDR Family Guide to Women's Health and Prescription Drugs®, and PDR Family Guide to Nutrition and Health® are registered trademarks used herein under license. PDR® for Ophthalmic Medicines, PDR® for Nonprescription Drugs and Dietary Supplements, PDR® Companion Guide, PDR® Pharmacopoeia, PDR® for Herbal Medicines, PDR® for Nutritional Supplements, PDR® Medical Dictionary, PDR® Nurse's Drug Handbook, PDR® Nurse's Dictionary, PDR® Family Guide Encyclopedia of Medical Care, PDR® Family Guide to Natural Medicines and Healing Therapies, PDR® Family Guide to Common Ailments, PDR® Family Guide to Over-the-Counter Drugs, PDR® Family Guide to Nutritional Supplements, and PDR® Electronic Library are trademarks used herein under license.

**Officers of Thomson Healthcare,:** *President and Chief Executive Officer:* Richard Noble; *Chief Financial Officer:* Paul Hilger; *Executive Vice President, Clinical Trials:* Tom Kelly; *Executive Vice President, Medical Education:* Jeff MacDonald; *Executive Vice President, Clinical Solutions:* Jeff Reihl; *Executive Vice President, Directory Services:* David Duplay; *Senior Vice President, Business Development:* William Gole; *Vice President, Human Resources:* Pamela M. Bilash; *President, Physician's World:* Marty Cearnal

ISBN: 1-56363-471-6

## Manufacturers' Index (White Pages)                              1

### Section 1
*Lists all pharmaceutical manufacturers participating in PHYSICIANS' DESK REFERENCE.
Includes addresses, phone numbers, and emergency contacts. Shows each manufacturer's
products and the page number of those described in PDR.*

## Brand and Generic Name Index (Pink Pages)                     101

### Section 2
*Gives the page number of each product by brand and generic name.*

## Product Category Index (Blue Pages)                           201

### Section 3
*Lists all fully described products by prescribing category. An overview of the headings
appears on pages 201 and 202.*

## Product Identification Guide (Gray Pages)                     301

### Section 4
*Presents full-color, actual-size photos of tablets and capsules, plus pictures of a variety of other
dosage forms and packages. Arranged alphabetically by manufacturer.*

## Product Information (White Pages)                             401

### Section 5
*The main section of the book. Includes entries for some 3,000 pharmaceuticals. Listings are
arranged alphabetically by manufacturer.*

## Diagnostic Product Information                               3535

### Section 6
*Gives usage guidelines for a variety of diagnostic agents. Arranged alphabetically by manufacturer.*

**FDA Use-in-Pregnancy Ratings List** ..................................................................217
*Provides a listing of drugs arranged by pregnancy category.*

**Dosing Instructions in Spanish** .....................................................................221
*Includes basic patient instructions and pronunciations.*

**Key to Contolled Substances Categories** ...............................................3539
*Gives the definition of each category and the prescribing limitations that apply.*

**Key to FDA Use-in-Pregnancy Ratings** ...................................................3539
*Provides at-a-glance description of each risk/benefit rating.*

**Poison Control Centers** ..................................................................................3541
*A national directory arranged alphabetically by state and city.*

**Drug Information Centers** ..............................................................................3547
*A national directory arranged alphabetically by state and city.*

**U.S. Food and Drug Administration Telephone Directory** ....................3553
*Gives numbers of key reporting programs and information services.*

**DEA Office Telephone Directory** ...............................................................3555
*Gives numbers of U.S. divisions and office locations.*

**State AIDS Drug Assistance Programs** .....................................................3557
*Provides contact information arranged alphabetically by state.*

**Adverse Event Report Forms** .......................................................................3559
*Includes master copies and instructions for completion.*

# Key to Controlled Substances Categories

Products listed with the symbols shown below are subject to the Controlled Substances Act of 1970. These drugs are categorized according to their potential for abuse. The greater the potential, the more severe the limitations on their prescription.

| CATEGORY | INTERPRETATION |
|---|---|
| ℂ | **HIGH POTENTIAL FOR ABUSE.** Use may lead to severe physical or psychological dependence. Prescriptions must be written in ink, or typewritten and signed by the practitioner. Verbal prescriptions must be confirmed in writing within 72 hours, and may be given only in a genuine emergency. No renewals are permitted. |
| ℂ | **SOME POTENTIAL FOR ABUSE.** Use may lead to low-to-moderate physical dependence or high psychological dependence. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months. |
| ℂ | **LOW POTENTIAL FOR ABUSE.** Use may lead to limited physical or psychological dependence. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months. |
| ℂ | **SUBJECT TO STATE AND LOCAL REGULATION.** Abuse potential is low; a prescription may not be required. |

# Key to FDA Use-in-Pregnancy Ratings

The U.S. Food and Drug Administration's use-in-pregnancy rating system weighs the degree to which available information has ruled out risk to the fetus against the drug's potential benefit to the patient. The ratings, and their interpretation, are as follows:

| CATEGORY | INTERPRETATION |
|---|---|
| A | **CONTROLLED STUDIES SHOW NO RISK.** Adequate, well-controlled studies in pregnant women have failed to demonstrate a risk to the fetus in any trimester of pregnancy. |
| B | **NO EVIDENCE OF RISK IN HUMANS.** Adequate, well-controlled studies in pregnant women have not shown increased risk of fetal abnormalities despite adverse findings in animals, or, in the absence of adequate human studies, animal studies show no fetal risk. The chance of fetal harm is remote, but remains a possibility. |
| C | **RISK CANNOT BE RULED OUT.** Adequate, well-controlled human studies are lacking, and animal studies have shown a risk to the fetus or are lacking as well. There is a chance of fetal harm if the drug is administered during pregnancy; but the potential benefits may outweigh the potential risk. |
| D | **POSITIVE EVIDENCE OF RISK.** Studies in humans, or investigational or post-marketing data, have demonstrated fetal risk. Nevertheless, potential benefits from the use of the drug may outweigh the potential risk. For example, the drug may be acceptable if needed in a life-threatening situation or serious disease for which safer drugs cannot be used or are ineffective. |
| X | **CONTRAINDICATED IN PREGNANCY.** Studies in animals or humans, or investigational or post-marketing reports, have demonstrated positive evidence of fetal abnormalities or risk which clearly outweighs any possible benefit to the patient. |