# EXHIBIT 3

```
 1            IN THE DISTRICT OF THE UNITED STATES OF AMERICA
                   FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2     _____
                                     )
 3     D.W.K., Jr. and parents Mary & )
       Daniel Kaleta,                 )
 4                                    )
                                      )
 5                  Plaintiff(s),     ) Case No. 14-847-NJR-SCW
                                      )
 6          vs.                       )
                                      )
 7                                    )
       ABBOTT LABORATORIES, INC.,     )
 8                                    )
                    Defendant(s).     )
 9     _____)

10

11                    TRIAL DAY 5-a.m. session

12

13    BE IT REMEMBERED AND CERTIFIED that heretofore on  3/6/2015,

14    the same being one of the regular judicial days in and for the

15    United States District Court for the Southern District of

16    Illinois, Honorable Nancy J. Rosenstengel, United States

17    District Judge, presiding, the following proceedings were

18    recorded by mechanical stenography; transcript produced by

19    computer.

20

21

22

23

24        REPORTED BY:   Molly N. Clayton, RPR, FCRR, Official
      Reporter for United States District Court, SDIL, 750 Missouri
25    Ave., East St. Louis, Illinois 62201, (618)482-9226,
                     molly_clayton@ilsd.uscourts.gov
```

1  our objection and overruled it at the time of the *Daubert*
2  rulings.
3        But this wasn't a disclosed opinion.  We would have
4  addressed it with the Court in *Daubert* if it was going to be
5  the subject of opinion.  I just don't know why the assumption
6  of why -- is relevant to this jury.
7        *THE COURT:*  Well, if you are saying that -- so maybe
8  it wasn't in his report, but it did come out in his deposition.
9        *MR. STRAIN:*  He said it in his deposition.
10       *THE COURT:*  Okay.  Well, the objection is overruled.
11       *(Following proceedings held in open court:)*
12 **Q.  (BY MR. WILLIAMS:)**  So, Doctor, do you think it was
13 appropriate to expose more fetuses without doing more research?
14 **A.**  I don't think it was -- I think it was appropriate to
15 expose as few fetuses as humanly possible.
16 **Q.**  What were your expectations about what would happen to this
17 drug?
18       *MR. STRAIN:*  Same objection.
19       *THE COURT:*  Overruled.
20 **A.**  So I can answer?  Yeah.
21     So it was my -- my thought was it would be like
22 Thalidomide.  When Thalidomide was shown to be such a terrible
23 drug for causing birth defects, I assumed this drug would come
24 off the market.  And I learned that there were -- there were
25 neurologists who argued that this drug had a unique -- it was

```
 1   uniquely effective for certain women with epilepsy.  And I
 2   understood that there was an argument for keeping the drug on
 3   the market for a very small group of women who might be exposed
 4   to it.
 5        But I had no idea that they would be -- that the market
 6   would be increased.  In fact, I only learned -- I stopped
 7   thinking about this drug soon after this because I was working
 8   on other things.  And 20 years later a friend of mine, in a
 9   meeting, told me it had been approved for other things, which I
10   was, frankly, quite surprised.
11   Q.  Doctor, this is my favorite part, numbers.  I want to go
12   back to the numbers, okay?
13   A.  Yes, sir.
14   Q.  You like numbers, don't you?
15   A.  I do.
16   Q.  Okay.  So if you will take that down and let me use the
17   overhead, please.
18        I want to go back to this number in the MMWR of 20.6.  Do
19   you remember that number, 20.6?
20   A.  I do.
21   Q.  That is a first-step number to doing some calculations.
22   You start with that number and then do some calculations,
23   correct?
24   A.  Yes, you can.
25   Q.  And did you -- who was it that came up with this
```

1   **Q.**  Let me just ask another question, if I may.
2            MR. WILLIAMS:  Your Honor, that is --
3            MR. STRAIN:  This is way beyond.  I'm sorry to
4   interrupt you, Doctor.  This is way beyond the question.
5            MR. WILLIAMS:  You are interrupting me too.
6            MR. STRAIN:  Pardon me.
7            THE COURT:  Okay.  What is your objection?
8            MR. WILLIAMS:  He is interrupting the witness and did
9   not allow him to complete his answer.
10           THE COURT:  Okay.  Well, just let him finish.  We are
11  all getting ready for lunch.
12  **Q.  (BY MR. STRAIN:)**  Okay.  Doctor --
13           THE COURT:  Slow down.
14  **Q.  (BY MR. STRAIN:)**  Go ahead, if I didn't cause you to lose
15  your train of thought.
16  **A.**  I think it is difficult for people to understand the
17  strength and weaknesses of a pregnancy exposure registry and a
18  case-control kind of registry.  And there is a historical
19  example from the way that the drug Thalidomide was found to --
20           MR. WILLIAMS:  No, no.  Wait.
21           THE WITNESS:  Can't say that?
22           MR. WILLIAMS:  Can we take a break?
23           THE COURT:  You know what?  This will be a good
24  time -- let's just take our lunch break.  I don't -- I'm not
25  sure lunch is here yet, but this would be a good time for

Cross Examination - Oakley, Godfrey

REPORTER'S CERTIFICATE

I, Molly N. Clayton, RPR, FCRR, Official Court Reporter for the U.S. District Court, Southern District of Illinois, do hereby certify that I reported with mechanical stenography the proceedings contained in pages 981 - 1121; and that the same is a full, true, correct and complete transcript from the record of proceedings in the above-entitled matter.

Dated this 6th day of March, 2015.

*s/Molly Clayton, RPR, FCRR*
_____