# EXHIBIT 10



# PHYSICIANS' DESK REFERENCE®

---

**Medical Consultant**
**Ronald Arky, MD,** Charles S. Davidson Professor of Medicine and Master, Francis Weld Peabody Society, Harvard Medical School

**President and Chief Operating Officer, Drug Information Services Group:** Thomas F. Rice

---

**Director of Product Management:** Stephen B. Greenberg
**Associate Product Managers:** Cy S. Caine, Howard N. Kanter
**National Sales Manager:** James R. Pantaleo
**Senior Account Manager:** Michael S. Sarajian
**Account Managers**
Dikran N. Barsamian
Donald V. Bruccoleri
Lawrence C. Keary
Jeffrey M. Keller
P. Anthony Pinsonault
Anthony Sorce
**Trade Sales Manager:** Robin B. Bartlett
**Trade Sales Account Executive:** Bill Gaffney
**Direct Marketing Manager:** Robert W. Chapman
**Marketing Communications Manager:** Maryann Malorgio
**Director, Professional Support Services:** Mukesh Mehta, RPh
**Drug Information Specialists:** Thomas Fleming, RPh, Marion Gray, RPh
**Editor, Special Projects:** David W. Sifton

**Vice President of Production:** Steven R. Andreazza
**Manager, Database Administration:** Lynne Handler
**Contracts and Support Services Director:** Marjorie A. Duffy
**Director of Production:** Carrie Williams
**Production Managers:** Kimberly Hiller-Vivas, Tara L. Walsh
**Production Coordinators:** Amy B. Douma, Dawn B. McCall
**Format Editors:** Gregory J. Westley; Edna V. Berger
**Index Editor:** Jeffrey Schaefer
**Art Associate:** Joan K. Akerlind
**Director of Corporate Communications:** Gregory J. Thomas
**Electronic Publishing Coordinator:** Joanne M. Pearson
**Electronic Publishing Designer:** Kevin J. Leckner
**Art Director:** Richard A. Weinstock
**Digital Photography:** Shawn W. Cahill, Frank J. McElroy, III
**Director, Circulation & Fulfillment:** Marianne Clarke
**Product Fulfillment Manager:** Stephen Schweikhart

---

Copyright © 1996 and published by Medical Economics Company at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. PHYSICIANS' DESK REFERENCE®, PDR®, PDR For Nonprescription Drugs®, PDR For Ophthalmology®, Pocket PDR®, and The PDR® Family Guide to Prescription Drugs® are registered trademarks used herein under license. PDR Generics™, PDR Guide to Drug Interactions•Side Effects•Indications™, The PDR® Family Guide to Women's Health and Prescription Drugs™, The PDR® Family Guide to Nutrition and Health™, PDR® Electronic Library™, PDR® Drug Interactions, Side Effects, Indications Diskettes™, and PDR® Drug REAX™ are trademarks used herein under license.

**Officers of Medical Economics:** President and Chief Executive Officer: Norman R. Snesil; President and Chief Operating Officer: Curtis B. Allen; Executive Vice President and Chief Financial Officer: J. Crispin Ashworth; Senior Vice President—Corporate Operations: John R. Ware; Senior Vice President—Corporate Business Development: Raymond M. Zoeller; Vice President, Information Services and Chief Information Officer: Edward J. Zecchini

ISBNs: 1-56363-152-0 and 1-56363-156-3

# CONTENTS

## Manufacturers' Index (White Pages)                                             1

### Section 1

*Lists all pharmaceutical manufacturers participating in PHYSICIANS' DESK REFERENCE.*
*Includes addresses, phone numbers, and emergency contacts. Shows each manufacturer's*
*products and the page number of those described in PDR.*

## Brand and Generic Name Index (Pink Pages)                                     101

### Section 2

*Gives the page number of each product by brand and generic name.*

## Product Category Index (Blue Pages)                                           201

### Section 3

*Lists all fully described products by prescribing category. An overview of the headings*
*appears on pages 201 and 202.*

## Product Identification Guide (Gray Pages)                                     301

### Section 4

*Presents full-color, actual-size photos of tablets and capsules, plus pictures of a variety of other*
*dosage forms and packages. Arranged alphabetically by manufacturer.*

## Product Information (White Pages)                                             401

### Section 5

*The main section of the book. Provides prescribing information on over 2,500 pharmaceuticals. Entries are*
*arranged alphabetically by manufacturer.*

## Diagnostic Product Information (Green Pages)                                  2871

### Section 6

*Gives usage guidelines for a variety of common diagnostic agents. Arranged alphabetically by manufacturer.*

**Certified Poison Control Centers** ...........................................................................2881
*A directory to facilities accredited by the American Association of Poison Control Centers.*
*Arranged alphabetically by state.*

**Discontinued Products**.........................................................................................2885
*An alphabetical list of products withdrawn from the market during the past year.*

**U.S. Food and Drug Administration Telephone Directory**...................................2887
*Gives numbers of key reporting programs and information services.*

**Key to Controlled Substances Categories**.........................................................2888
*Gives the definition of each category and the prescribing limitations that apply.*

**Key to FDA Use-in-Pregnancy Ratings** ..............................................................2888
*Provides the exact interpretation of each risk/benefit rating.*

**Drug Information Centers**...................................................................................2889
*A national directory of institutions that will answer queries regarding drugs.*

**Adverse Event Report Forms** .............................................................................2895
*Contains master copies and instructions for completion.*

## Key to Controlled Substances Categories

Products listed with the symbols shown below are subject to the Controlled Substances Act of 1970. These drugs are categorized according to their potential for abuse. The greater the potential, the more severe the limitations on their prescription.

**CATEGORY**   **INTERPRETATION**

C   **High potential for abuse.** Use may lead to severe physical or psychological dependence. Prescriptions must be written in ink, or typewritten and signed by the practitioner. Verbal prescriptions must be confirmed in writing within 72 hours, and may be given only in a genuine emergency. No renewals are permitted.

C   **Some potential for abuse.** Use may lead to low-to-moderate physical dependence or high psychological dependence. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

C   **Low potential for abuse.** Use may lead to limited physical or psychological dependence. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

C   **Subject to state and local regulation.** Abuse potential is low; a prescription may not be required.

## Key to FDA Use-in-pregnancy Ratings

The Food and Drug Administration's Pregnancy Categories are based on the degree to which available information has ruled out risk to the fetus, balanced against the drug's potential benefits to the patient. Ratings range from "A," for drugs that have been tested for teratogenicity under controlled conditions without showing evidence of damage to the fetus, to "D" and "X" for drugs that are definitely teratogenic. The "D" rating is generally reserved for drugs with no safer alternatives. The "X" rating means there is absolutely no reason to risk using the drug in pregnancy.

**CATEGORY**   **INTERPRETATION**

A   **Controlled studies show no risk.** Adequate, well-controlled studies in pregnant women have failed to demonstrate risk to the fetus.

B   **No evidence of risk in humans.** Either animal findings show risk, but human findings do not; or, if no adequate human studies have been done, animal findings are negative.

C   **Risk cannot be ruled out.** Human studies are lacking, and animal studies are either positive for fetal risk, or lacking as well. However, potential benefits may justify the potential risk.

D   **Positive evidence of risk.** Investigational or post-marketing data show risk to the fetus. Nevertheless, potential benefits may outweigh the potential risk.

X   **Contraindicated in pregnancy.** Studies in animals or human, or investigational or post-marketing reports have shown fetal risk which clearly outweighs any possible benefit to the patient.