# EXHIBIT 5

1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
2

3    Z.H., by and through KEVIN
     HUTCHENS and CHRISTIN
4    HUTCHENS, individually,
     and as parents and next
5    friends of Z.H.,

6            Plaintiffs,         Case No. 1:14-cv-00176-CAB

7        vs.

8    ABBOTT LABORATORIES, INC.,

9            Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~

10

11                    DEPOSITION OF

12        GODFREY P. OAKLEY, JR., M.D., MSPM

13

14                    March 11, 2016

15                     8:55 a.m.

16

17        1201 West Peachtree Street, N.W.
                    14th Floor
18              Atlanta, Georgia

19

20        Kara Barger, CCR No. B-1496

21

22

23

24

25

```
 1        A.    Yes.

 2        Q.    -- prior to your last trial testimony?

 3        A.    Yes.

 4        Q.    Okay.  Thanks.

 5        A.    I usually keep them in my pocket.

 6        Q.    And let me ask you this.

 7              Since you submitted your report in this

 8    case, in the Hutchens case, have you reviewed any

 9    additional information other than what's reflected in

10    your report for this case related to Depakote?

11        A.    Other than this paper I gave you this

12    morning, I mean I reviewed that.  Then I reviewed the

13    citations that I had for, you know, my report.

14        Q.    Okay.  You say the paper that you gave

15    me --

16        A.    Well --

17        Q.    -- this morning?

18        A.    -- this table.  I'm sorry.

19        Q.    All right.

20              (Defendant's Exhibit 3 was marked for

21        identification.)

22        Q.    (By Mr. Marshall)  So, Doctor, I'm showing

23    you what's been marked as Exhibit 3.

24              Can you identify what that is, please?

25        A.    This is a copy of a table, 1.1, from
```

9

```
 1    Dr. Holmes's textbook or book at least entitled

 2    Congenital -- Common Malformations, Dr. Lewis Holmes,

 3    published by Oxford in 2011.  This is a table that

 4    lists recognized human teratogens in 2009.

 5         Q.    And what is the significance of Exhibit 3

 6    to your opinions in this case?

 7         A.    Well, it's a list of the known human

 8    teratogens; and it's a rather finite list.  And it's

 9    got Accutane.  It's got thalidomide and has valproic

10    acid on it.  And those have been parts of things I've

11    discussed before.

12         Q.    Okay.  Is there anything about Exhibit 3

13    that you believe is specific to the Hutchens case?

14              MR. SAMPSON:  Object to form.

15              THE WITNESS:  My testimony has been pretty

16         general, you know.  So it's hard to answer

17         questions like that.  It certainly backs up what

18         my expert witness reports are about.

19         Q.    (By Mr. Marshall)  And, Exhibit 3, when is

20    it that you first looked at that document?

21         A.    This morning at about 5:30.

22         Q.    And prior to this morning at 5:30 you had

23    not looked at Exhibit 3?

24         A.    I had not.

25         Q.    Okay.  And how is it that you came to be
```

1    aware of Exhibit 3?

2         A.    Well, when I was thinking about the

3    testimony, I had had -- I think someone asked me a

4    question about was there a list someplace of the

5    known human teratogens.  And I thought the people

6    with this litigation -- everybody would know that and

7    apparently people didn't know that.  And this morning

8    I thought about it and went looking for it and found

9    it.

10        Q.    Can I see --

11        A.    You may.

12        Q.    So do you agree that all of the drugs that

13   are listed here in Table 1.1 of Exhibit 3 are human

14   teratogens?

15        A.    This is Dr. Holmes's table.  Okay?

16             And my point out of this table is that the

17   thalidomide and valproic acid and Accutane are three

18   of the worst ones on that list.

19        Q.    Okay.  And show me how it is that you can

20   determine by looking at Exhibit 3, just looking at

21   Exhibit 3, that valproic acid, Accutane, and

22   thalidomide are three of the worst teratogens.

23        A.    Well, I do that from my experience and

24   what I know about birth defects epidemiology and the

25   causes of birth defects.  But it's certainly on that

1    list, and it shows that it's a finite list.

2         Q.    But my question is:  Is there anything on

3    Exhibit 3 that quantifies in any way the risk with

4    the teratogens that are listed?

5         A.    It doesn't do that, no.

6         Q.    And my question is -- you've identified

7    the drugs that are listed in Exhibit 3 as teratogens.

8              Do you see those?

9         A.    This table does that, yes, sir.

10        Q.    Yes, sir.

11             And do you agree with this table in

12   Exhibit 3 that all of these drugs are, in fact,

13   teratogens?

14        A.    I have not reviewed all of those to make

15   that determination.

16        Q.    So, for example, cyclosporin, what is

17   that?

18        A.    It's an antiinfectious disease drug, I

19   believe.  I don't know it in detail.

20        Q.    And is it a human teratogen?

21        A.    I don't know the evidence on that.

22        Q.    And lithium?

23        A.    Lithium.

24        Q.    What is lithium?

25        A.    Lithium is a drug that's often used for

12

1    manic psychiatric disorders and it causes birth

2    defect.

3         Q.    So lithium is a human teratogen?

4         A.    I believe that it is, yes.

5         Q.    Okay.  And what is the rate of major

6    congenital malformations with lithium?

7         A.    It's hard to tell.

8         Q.    Can you --

9         A.    It's done by -- I'm sorry.  I didn't mean

10   to interrupt.

11        Q.    That's okay.

12        A.    The evidence for lithium is pretty much

13   related to the -- sort of the uniqueness of the birth

14   defect, and it hasn't been studied as far as I know.

15        Q.    So can you give me a rate of major

16   congenital malformations that is associated with

17   lithium?

18        A.    I don't know that I can.

19        Q.    Can you say that the rate of major

20   congenital malformations with lithium is more or less

21   than 10 percent?

22        A.    I don't know that.

23        Q.    How about in regard to warfarin?  Warfarin

24   is something that is given as a blood thinner?

25        A.    It is.

13

1       Q.      Is warfarin a human teratogen?

2       A.      It is.

3       Q.      And what is the rate of major congential

4    malformations with warfarin?

5       A.      I don't know the answer to that.

6       Q.      Do you know whether the rate of major

7    congenital malformations with warfarin is more or

8    less than 10 percent?

9       A.      I don't know.

10      Q.      Obesity, severe obesity, is that a human

11   teratogen?

12      A.      I think that's questionable.

13      Q.      Okay.  Dr. Holmes lists severe obesity on

14   his recognized human teratogens in Exhibit 3,

15   correct?

16      A.      It's not a drug.

17              MR. SAMPSON:  Is it under drugs?

18              THE WITNESS:  No.

19      Q.      (By Mr. Marshall)  I didn't say it was

20   under drugs.

21              Did I say it was under drugs?

22      A.      You did not.

23      Q.      Okay.  Severe obesity, is that a

24   recognized human teratogen?

25      A.      That's a lot debate about that.

14

1      Q.    Okay.  Do you disagree with Dr. Holmes

2   when he identifies severe obesity as a recognized

3   human teratogen?

4      A.    I'd like to look at it a little bit more.

5      Q.    So you don't know the answer to that?

6      A.    That's correct.

7      Q.    Can you tell me what the rate of major

8   congenital malformations is with severe obesity?

9      A.    I don't know that.

10      Q.    Hypothyroidism, that's an internal

11   condition that's listed by Dr. Holmes as a recognized

12   human teratogen.

13         Do you agree that hypothyroidism is a

14   recognized human teratogen?

15      A.    Again, I didn't come prepared to review

16   all those drugs and all the evidence behind them.  So

17   I can't answer that.

18      Q.    Okay.  I'm just following this up because

19   you brought this to the deposition and you thought

20   this was important for your opinions in this case,

21   correct?

22      A.    (Witness nods head affirmatively.)

23      Q.    Is that correct?

24      A.    Yes.

25      Q.    Okay.  Do you believe that Exhibit 3 is

15

1    important for your opinions in this case?

2               MR. SAMPSON:  Objection; form, asked and

3        answered.

4               THE WITNESS:  I'm sorry?

5               MR. SAMPSON:  Go ahead.

6               THE WITNESS:  Say again.  What was your

7        question?

8        Q.    (By Mr. Marshall)  Do you believe that

9    Exhibit 3 is important for your opinions in this

10   case?

11              MR. SAMPSON:  Same objection.

12              Go ahead.

13              THE WITNESS:  I do.

14       Q.    (By Mr. Marshall)  Okay.  What is

15   efavirenz?  That's e-f-a-v-i-r-e-n-z.

16       A.    May I see it?

17       Q.    Sure.

18       A.    I don't know.

19       Q.    Do you know what the rate of major

20   congenital malformations is with efavirenz?

21       A.    I do not.

22       Q.    How about etretinate?  Do you know what

23   etretinate is?

24       A.    It's a variant of Accutane.

25       Q.    So is it a variant of isotretinoin?

```
 1          A.    Yes, in that family.

 2          Q.    How about androgenic hormones?  Do you

 3    know what they're used for?

 4          A.    Yes.

 5          Q.    What are they used for?

 6          A.    Well, they're used for -- to treat people

 7    that need androgens, and they can cause masculinizing

 8    effects of fetuses.

 9          Q.    What's a masculizing effect of fetus?

10          A.    Making a girl fetus look like a boy, to

11    have hair.  I mean it just -- that's what masculine

12    things do.

13          Q.    Oh, you're saying masculine?

14          A.    Yeah.

15          Q.    All right.  How about paroxetine?  What is

16    that?

17          A.    I don't know exactly what that is.

18          Q.    Do you know what the rate of major

19    congenital malformations is with paroxetine?

20          A.    I do not.

21          Q.    You also provided a book as part of your

22    production today, and it's called Dark Remedy:  The

23    Impact of Thalidomide and its Revival as a Vital

24    Medicine, correct?

25          A.    Yes.
```

81

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF FULTON:

                I hereby certify that the foregoing

        transcript was taken down, as stated in the

        caption, and the questions and answers thereto

        were reduced to typewriting under my direction;

        that the foregoing pages 1 through 80 represent

        a true, complete, and correct transcript of the

        evidence given upon said hearing, and I further

        certify that I am not of kin or counsel to the

        parties in the case; am not in the regular

        employ of counsel for any of said parties; nor

        am I in anywise interested in the result of said

        case.

                This, the 23rd day of March, 2016.


                        KARA BARGER, GA CCR-B-1496