# EXHIBIT 6

## 4  COMMON MALFORMATIONS

**TABLE 1-1** *Recognized Human Teratogens (2009)*

1. **DRUGS**
   Aminopterin/amethopterin
   Androgenic hormones
   Angiotensin converting enzyme(ACE) inhibitors
   Busulfan
   Carbamazepine
   Cocaine
   Cyclophosphamide
   Cyclosporin
   Diethylstilbestrol
   Efavirenz
   Etretinate
   Fluconazole
   Heroin/methadone
   Iodide
   Isotretinoin (13-cis-retinoic acid)
   Lamotrigine
   Lithium
   Methimazole/Carbimazole
   Mycophenolate mofetil
   Paroxetine
   Phenobarbital
   Phenytoin
   Propylthiouracil
   Prostaglandin $E_1$ (misoprostol)
   Tetracycline
   Thalidomide
   Trimethadione/paramethadione
   Valproic acid
   Warfarin

2. **HEAVY METALS**
   Lead
   Mercury

3. **RADIATION**
   Cancer therapy

4. **MATERNAL CONDITIONS**
   Alcohol
   Insulin-dependent diabetes mellitus
   Hypothyroidism
   Iodide deficiency
   Maternal phenylketonuria
   Myasthenia gravis
   Obesity, severe
   Smoking cigarettes/marijuana
   Systemic lupus erythematosus
   Vitamin A deficiency
   Vitamin K deficiency

5. **INTRAUTERINE INFECTIONS**
   Cytomegalovirus
   Herpes simplex
   Parvovirus
   Rubella
   Syphilis
   Toxoplasmosis
   Varicella
   Venezuelan equine encephalitis virus
   West Nile virus

6. **PROCEDURES/ASSISTED REPRODUC**
   Chorionic Villus Sampling (CVS)
   Dilation and curettage (D&C)
   Intracytoplasmic Sperm Injection (ICSI)

7. **TRAUMA TO PLACENTA**

8. **OTHER EXPOSURES**
   Carbon monoxide poisoning
   Gasoline fumes (excessive)
   Heat
   Hypoxia
   Magnesium sulfate (high levels, third trimester)
   Methyl isocyanate
   Methylene blue
   Phthalates
   Polychlorinated biphenyls
   Toluene (excessive; glue sniffing)

against the uterus and a prominence of the occiput, the "star gazer" phenotype (Figures 1-1A and B); another example is the infant in breech presentation who has an increased risk for hip dislocation;
b) Unicornuate uterus: a potential cause of positional deformities (6);
c) Twins: monoamniotic, monochorionic twins are at risk for:
   i) some malformations, like acardia (7), which occur only in such twin pairs;
   ii) many malformations (8), such as sir (9) and cloacal exstrophy (10), are more in MZ twin pregnancies than in pregnancies.
   iii) if one twin dies, and the pregnancy c tissue from the deceased and autolyzed embolize to the living twin and produ malities caused by obstructing an arter bowel atresia, porencephaly, aplasia amputations (11a).




A    B

FIGURE 1.1  Shows deformations of posterior skull shape (Figure 1A) from a prolonged face and brow presentation: the More normal skull shape (Figure 1B) four months later, after no treatment.

Defendant's Exhibit
3/11/16 KB
3
ESQUIRE

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York
Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in
Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Copyright © 2012 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press
All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

_____

Library of Congress Cataloging-in-Publication Data

Holmes, Lewis B.
Common malformations / Lewis B. Holmes.
p. ; cm.
Includes bibliographical references.
ISBN 978-0-19-513602-9 (cloth : alk. paper)  1. Abnormalities, Human.  I. Title.
[DNLM: 1. Congenital Abnormalities.  QS 675 H751c 2011]
QM691.H65 2011
616'.042—dc22                                          2010009172
_____

9 8 7 6 5 4 3 2 1
Printed in USA
on acid-free paper

# MMON MALFORMATIONS

LEWIS B. HOLMES, MD

Professor of Pediatrics
Harvard Medical School

Chief Emeritus
Genetics Unit
MassGeneral Hospital *for* Children



OXFORD
UNIVERSITY PRESS