# EXHIBIT 8

Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

```
                                    )
IN RE DEPAKOTE CASES:               )
                                    )
H.B., a minor, by STACY             )
BARTOLINI, individually             ) Case No.
as parents and next                 ) 12-cv-52-NJR-SCW
friend of H.B.,                     )
                                    ) Case No.
T.C., a minor, by KAYLA             ) 15-cv-702-NJR-SCW
ROSE MCGUINNESS,                    )
individually as parent              )
and next friend of T.C.,            )
                                    )
E.R.G., a minor, by                 )
CHRISTINA RAQUEL,                   )
individually as parent              )
and next friend of                  )
E.R.G.,                             )
                                    )
      PLAINTIFFS,                   )
                                    )
VS.                                 )
                                    )
                                    )
ABBOTT LABORATORIES,                )
INC.,                               )
                                    )
      DEFENDANT.                    )
```

************************************************
VIDEOTAPED DEPOSITION OF
GODFREY P. OAKLEY, JR., M.D.
APRIL 26, 2016
************************************************
CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 107

1  Q.  Okay. That's the FDA's job. Right?
2  A.  That's correct.
3  Q.  Okay. And in terms -- there was some
4  discussion about the warning label that went out in
5  1982 to doctors. The FDA didn't ask you for your
6  input about that label. True?
7  A.  I don't remember, actually, but I don't have
8  any recollection that they did, but we were
9  discussing, you know, the risk factors over those two
10 or three months before, but I don't remember having
11 any input into the final.
12 Q.  And so the -- but the final label that went
13 out in 1982 after the data about spina bifida came out
14 from France, that dear doctor letter and that label
15 had to be approved by the FDA, not by the CDC. True?
16         MR. WILLIAMS: Objection. Foundation.
17 I'm not sure the witness has any personal knowledge of
18 this or knows about labeling regulations. I think he
19 just established that.
20 Q.  (By Mr. Ball) Let me ask it this way: The
21 CDC had no role in approving the final label that was
22 sent out in 1982. True?
23 A.  The CDC is not the agency that approves and
24 sends.

Confidential - Subject to Further Confidentiality Review

```
 1     THE STATE OF TEXAS:
       COUNTY OF FT. BEND:
 2
               I, Tamara Vinson, a Certified Shorthand
 3     Reporter and Notary Public in and for the State of
       Texas, do hereby certify that the facts as stated by
 4     me in the caption hereto are true; that the above and
       foregoing answers of the witness, GODFREY P. OAKLEY,
 5     JR., M.D., to the interrogatories as indicated were
       made before me by the said witness after being first
 6     duly sworn to testify the truth, and same were reduced
       to typewriting under my direction; that the above and
 7     foregoing deposition as set forth in typewriting is a
       full, true, and correct transcript of the proceedings
 8     had at the time of taking of said deposition.
 9             I further certify that I am not, in any
       capacity, a regular employee of the party in whose
10     behalf this deposition is taken, nor in the regular
       employ of his attorney; and I certify that I am not
11     interested in the cause, nor of kin or counsel to
       either of the parties.
12
               GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
13     this, the ____ day of May, 2016.
14
15
16
17                             _____
                               Tamara Vinson, Texas CSR No. 3015
18                             Expiration Date:  12-31-2016
19
20     GOLKOW TECHNOLOGIES, INC.
       Texas CRCB Registration #690
21     440 Louisiana, Suite 910
       Houston, Texas  77002
22     www.golkow.com
23
24
```