# EXHIBIT 9

Patti Nemeth, M.D.

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

```
IN RE DEPAKOTE:            :
RHEALYN ALEXANDER,         :
et al.,                    : No.
    Plaintiffs,            : 12-52-NJR-SCW
vs.                        :
ABBOTT LABORATORIES,       :
INC.,                      :
    Defendant.             :
```

DEPOSITION UNDER ORAL EXAMINATION OF

PATTI NEMETH, M.D.

9:00 a.m.

Rio Rancho, New Mexico

- - -

REPORTED BY:  DANA SREBRENICK, CRR, CLR

- - -

Golkow Technologies, Inc.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Patti Nemeth, M.D.

Page 78

1     Q.   Dr. Nemeth, you prescribed Depakote for
2 Ms. Sansone during the remainder of her first
3 pregnancy and also throughout her second pregnancy
4 with A.S.        , the child that's the subject
5 of this lawsuit, because in your professional
6 medical judgment, you thought it was the very best
7 medication for her at the time based on her
8 individualized medical history and experience?
9         MR. BROSS: Object to form.
10   BY MR. KLATT:
11     Q.   To your knowledge, correct?
12     A.   Yes. Yes, that's true and the reason was
13 that I didn't have any other choices at the time
14 other than Lamictal, which was a class C, and she
15 didn't tolerate that.
16     Q.   Well, that -- you anticipated my next
17 question. Subsequently, she was tried on other
18 newer epileptic drugs that didn't have the safety
19 or efficacy track record that Depakote had,
20 correct?
21     A.   It had better -- some with better safety,
22 that would be class C, is that what you mean?
23     Q.   Well, I guess -- let me rephrase my
24 question.
25         You knew as of 2003 that Ms. Sansone had,

Golkow Technologies, Inc. - 1.877.370.DEPS

Patti Nemeth, M.D.

Page 122

1          CERTIFICATION
2
3
4     I, DANA N. SREBRENICK, a Certified Court
5  Reporter for and within the State of New Mexico,
6  do hereby certify:
7     That the witness whose testimony as herein
8  set forth, was duly sworn by me; and that the
9  within transcript is a true record of the
10 testimony given by said witness.
11    I further certify that I am not related to
12 any of the parties to this action by blood or
13 marriage, and that I am in no way interested in
14 the outcome of this matter.
15    IN WITNESS WHEREOF, I have hereunto set my
16 hand this 5th day of October 5, 2016.
17
18    _____
19    DANA N. SREBRENICK, CLR, CRR
20
21          *     *     *
22
23
24
25