# Exhibit B

```
                    UNITED STATES OF AMERICA
                    SOUTHERN DISTRICT OF ILLINOIS


IN RE DEPAKOTE:                    )
                                   )
STACY BARTOLINI, individually      )
and as parent and next friend      )
of H.B., a minor,                  )
                                   )
              Plaintiff(s),        )
                                   )
v.                                 )  Case No. 3:17-cv-1146-SMY
                                   )
ABBOTT LABORATORIES, INC.,         )  Lead Case 3:12-cv-52-NJR
                                   )
              Defendant.           )


           TRANSCRIPT OF FINAL PRETRIAL CONFERENCE

           BEFORE THE HONORABLE STACI M. YANDLE
                UNITED STATES DISTRICT JUDGE

                      November 15, 2017
```

REPORTED BY:   Christine Dohack LaBuwi, RMR, CRR
               Official Court Reporter
               301 West Main Street
               Benton, Illinois   62812
               (618) 439-7725
               Christine_Dohack@ilsd.uscourts.gov


Proceedings recorded by mechanical stenography, produced by computer-aided transcription.

```
 1    APPEARANCES:

 2    FOR PLAINTIFF:        John E. Williams,Jr., Esq.
                            John T. Boundas, Esq.
 3                          Margot G. Trevino, Esq.
                            Brian A. Abramson, Esq.
 4                          Sejal K. Brahmbhatt, Esq.
                            WILLIAMS KHERKHER HART BOUNDAS, LLP
 5                          8441 Gulf Freeway, Suite 600
                            Houston, TX   77017
 6                          (713) 230-2330
                            jwilliams@williamskherkher.com
 7                          jboundas@williamskherkher.com
                            mtrevino@williamskherkher.com
 8                          babramson@williamskherkher.com
                            sbrahmbhatt@williamskherkher.com
 9

10    FOR DEFENDANT:        Dan H. Ball, Esq.
                            Stefan Mallen, Esq.
11                          BRYAN CAVE, LLP
                            One Metropolitan Square
12                          211 N. Broadway, Suite 3600
                            St. Louis, MO   63102
13                          (314) 259-2000
                            dball@bryancave.com
14                          samallen@bryancave.com

15                          Joel H. Smith, Esq.
                            Paula Miles Burlison, Esq.
16                          BOWMAN AND BROOKE, LLP
                            1441 Main Street,Suite 1200
17                          Columbia, SC   29201
                            (803) 726-7422
18                          joel.smith@bowmanandbrooke.com
                            paula.burlinson@bowmanandbrooke.com

19

20

21

22

23

24

25
```

```
 1   on the phone, and they record this --
 2           THE COURT:  Okay.  I'm going to have to cut you
 3   off, Mr. Williams.
 4           MR. WILLIAMS:  Okay.
 5           THE COURT:  Because I'm not sure where that, where
 6   that fits in with where we are right now.  And, and I --
 7   again, I think that essentially, I get the arguments.  I
 8   understand what the plaintiffs' position is as to the
 9   relevancy of that particular conclusion and opinion.  I
10   understand the defendants' position as to the irrelevancy
11   and the prejudicial effect.
12           It comes down, to me, a combination of two things:
13   The relevancy, which I understand is background and
14   context; and the bases.  And so what you have given me
15   today, Mr. Williams, in the binder is going to answer
16   probably all -- most of my questions that I had about how
17   he came to this opinion and what the basis is.
18           Once I understand that, I'm going to be prepared
19   to rule on that.
20           MR. WILLIAMS:  Thank you, Your Honor.
21           THE COURT:  I'm going to take that part under
22   advisement.
23           And, Michelle, I think we're talking about Motion
24   in Limine No. -- I'm sorry, we're still on the *Daubert*.
25           MR. WILLIAMS:  Yes, Your Honor.
```