# EXHIBIT 1

Patti Nemeth, M.D.

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

IN RE DEPAKOTE:            :

RHEALYN ALEXANDER,         :

et al.,                    : No.

    Plaintiffs,          : 12-52-NJR-SCW

vs.                        :

ABBOTT LABORATORIES,       :

INC.,                      :

    Defendant.           :


DEPOSITION UNDER ORAL EXAMINATION OF

PATTI NEMETH, M.D.

9:00 a.m.

Rio Rancho, New Mexico


- - -

REPORTED BY:  DANA SREBRENICK, CRR, CLR

- - -


Golkow Technologies, Inc.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Patti Nemeth, M.D.

Page 12

1     Q.     And to be clear, you're not here as an
2   expert witness in this case?
3            MR. KLATT:  Objection to form and
4   foundation.
5            MR. OTT:  Go ahead.
6     A.     That's what I understand.
7   BY MR. BROSS:
8     Q.     And you may hear sometimes some
9   objections and you can answer those unless you're
10  instructed not to for some reason.
11           MR. KLATT:  We have to just make those
12  for the record and it doesn't affect what you do.
13           THE WITNESS:  Okay.
14           MR. KLATT:  Unless your attorney tells
15  you otherwise.
16           THE WITNESS:  Okay.
17    Q.     And we're just here because you're
18  personally involved in the care of Ms. Sansone; is
19  that correct?
20    A.     Yes.
21    Q.     And today we're going to focus on the
22  care and the decisions that you made in your care
23  of Ms. Sansone.
24    A.     Okay.
25    Q.     Do you have any independent recollection

Patti Nemeth, M.D.

Page 82

1    you in 2006 that she got very dizzy and spacey
2    from Keppra, correct?
3        A.    Yes, she said very dizzy and spacey.
4             MR. BROSS:  Can you clarify the year?
5             MR. KLATT:  That was 2006.
6             MR. OTT:  That's 10/6/2006.
7    BY MR. KLATT:
8        Q.    Then as a matter of fact, on the very
9    next page of Exhibit 4, page 39.
10       A.    Yes.
11       Q.    You received a call from her in November
12   2006, which was over a month after she indicated
13   that Keppra was making her dizzy and spacey, and
14   she reported that Keppra was making her psychotic,
15   irrational and angry; is that correct?
16       A.    That's right.
17       Q.    And that indicated to you that she could
18   not tolerate Keppra?
19       A.    That's right.
20       Q.    And so you used Depakote for Ms. Sansone
21   in 2003 and 2004 and 2005 because you thought in
22   your professional judgment it was the best choice
23   for her, considering her entire medical history,
24   her types of seizures and the other medications
25   that she had been tried on or that were available;

Patti Nemeth, M.D.

Page 83

1   is that right?

2       A.    That's right.

3             MR. BROSS:   Object, form.

4   BY MR. KLATT:

5       Q.    And so as of 2004, you believed that

6   Depakote was essential and necessary to treat her

7   condition; is that right?

8       A.    Yes.

9       Q.    Would you agree with me that some of

10  these newer medications like Lamictal and Topamax

11  and Keppra, because they were newer, simply had

12  not yet had the track record in terms of safety

13  that some of the older drugs like Depakote and

14  Dilantin and Tegretol had, particularly with

15  reference to birth defects?

16            MR. BROSS:   Object to form.

17      A.    It's hard to answer directly.  I had to

18  go by the class -- the FDA class that was

19  established, and Keppra and Lamictal were class C.

20  Topiramate was D, I believe.  And I only added

21  that on to Depakote because of the side effects of

22  weight gain after she was pregnant -- finished --

23  completed her first pregnancy.

24      Q.    And that Topamax was the one that she was

25  unable to continue because of its effects on her

Patti Nemeth, M.D.

Page 122

1                    CERTIFICATION

2

3

4        I, DANA N. SREBRENICK, a Certified Court

5   Reporter for and within the State of New Mexico,

6   do hereby certify:

7        That the witness whose testimony as herein

8   set forth, was duly sworn by me; and that the

9   within transcript is a true record of the

10   testimony given by said witness.

11        I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage, and that I am in no way interested in

14   the outcome of this matter.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand this 5th day of October 5, 2016.

17

18        _____

19        DANA N. SREBRENICK, CLR, CRR

20

21                *      *      *

22

23

24

25