# EXHIBIT 3

```
 1              IN THE DISTRICT OF THE UNITED STATES OF AMERICA
                   FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2    _____
                                    )
 3    IN RE DEPAKOTE:               )
                                    )
 4    E.R.G., a minor, by CHRISTINA )
      RAQUEL, individually as parent)
 5    and next friend of E.R.G.,    )
                                    )
 6                                  )
                  Plaintiff(s),     ) Case No. 15-cv-702-NJR-SCW
 7                                  ) Case No. 12-cv-55-NJR-SCW
           vs.                      )
 8                                  )
                                    )
 9    ABBOTT LABORATORIES, INC.,    )
                                    )
10                Defendant(s).     )
      _____)
11

12
                               TRIAL DAY 9
13                            (a.m. session)

14

15    BE IT REMEMBERED AND CERTIFIED that heretofore on  6/5/2017,

16   the same being one of the regular judicial days in and for the

17     United States District Court for the Southern District of

18      Illinois, Honorable Nancy J. Rosenstengel, United States

19     District Judge, presiding, the following proceedings were

20    recorded by mechanical stenography; transcript produced by

21                               computer.

22

23       REPORTED BY:  Molly N. Clayton, RPR, FCRR, Official
     Reporter for United States District Court, SDIL, 750 Missouri
24   Ave., East St. Louis, Illinois 62201, (618)482-9226,
                     molly_clayton@ilsd.uscourts.gov
25
```

```
 1   as you know, they were telling you the incidence was not
 2   available, right?
 3   A.   That' correct.
 4   Q.   If Abbott was aware of that information and didn't tell
 5   you, do you believe that as a physician, you were adequately
 6   warned?
 7   A.   No.
 8   Q.   I want to talk to you, Doctor, about a couple other things.
 9   You were visited by sales representatives from Abbott from time
10   to time, right?
11   A.   They would come through El Hogar, yes.
12   Q.   Sure.  And would they leave literature, materials, printed
13   information?
14   A.   Yes.
15   Q.   Did they leave actual published studies from time to time?
16   A.   Yeah.
17   Q.   Okay.  Those were about the benefits of the drug or ways to
18   prescribe it, right?
19   A.   Yes.
20   Q.   In your time at El Hogar or any time you saw an Abbott
21   sales representative, do you recall them leaving you
22   information not about the benefits, but about the increased
23   risk of birth defects with this drug?
24   A.   No.
25   Q.   And I'm talking about this 10 percent.
```

```
 1                    REPORTER'S CERTIFICATE
 2         I, Molly N. Clayton, RPR, FCRR, Official Court Reporter
 3    for the U.S. District Court, Southern District of Illinois, do
 4    hereby certify that I reported with mechanical stenography the
 5    proceedings contained in pages 1121 - 1259; and that the same
 6    is a full, true, correct and complete transcript from the
 7    record of proceedings in the above-entitled matter.
 8
                      DATED this 5th day of June, 2017.
 9
10
                                 s/Molly Clayton, RPR, FCRR
11                              _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```