# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

IN RE DEPAKOTE:              :
RHEALYN ALEXANDER,           :
et al.,                      : No.
   Plaintiffs,              : 12-52-NJR-SCW
vs.                          :
ABBOTT LABORATORIES,         :
INC.,                        :
   Defendant.               :


DEPOSITION UNDER ORAL EXAMINATION OF

PATTI NEMETH, M.D.

9:00 a.m.

Rio Rancho, New Mexico


- - -

REPORTED BY:  DANA SREBRENICK, CRR, CLR

- - -


Golkow Technologies, Inc.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Patti Nemeth, M.D.

Page 78

```
 1      Q.   Dr. Nemeth, you prescribed Depakote for
 2   Ms. Sansone during the remainder of her first
 3   pregnancy and also throughout her second pregnancy
 4   with          A.S.         , the child that's the subject
 5   of this lawsuit, because in your professional
 6   medical judgment, you thought it was the very best
 7   medication for her at the time based on her
 8   individualized medical history and experience?
 9           MR. BROSS:  Object to form.
10      BY MR. KLATT:
11      Q.   To your knowledge, correct?
12      A.   Yes.  Yes, that's true and the reason was
13   that I didn't have any other choices at the time
14   other than Lamictal, which was a class C, and she
15   didn't tolerate that.
16      Q.   Well, that -- you anticipated my next
17   question.  Subsequently, she was tried on other
18   newer epileptic drugs that didn't have the safety
19   or efficacy track record that Depakote had,
20   correct?
21      A.   It had better -- some with better safety,
22   that would be class C, is that what you mean?
23      Q.   Well, I guess -- let me rephrase my
24   question.
25           You knew as of 2003 that Ms. Sansone had,
```

Patti Nemeth, M.D.

Page 82

1 you in 2006 that she got very dizzy and spacey
2 from Keppra, correct?
3     A.    Yes, she said very dizzy and spacey.
4           MR. BROSS:  Can you clarify the year?
5           MR. KLATT:  That was 2006.
6           MR. OTT:  That's 10/6/2006.
7     BY MR. KLATT:
8     Q.    Then as a matter of fact, on the very
9 next page of Exhibit 4, page 39.
10    A.    Yes.
11    Q.    You received a call from her in November
12 2006, which was over a month after she indicated
13 that Keppra was making her dizzy and spacey, and
14 she reported that Keppra was making her psychotic,
15 irrational and angry; is that correct?
16    A.    That's right.
17    Q.    And that indicated to you that she could
18 not tolerate Keppra?
19    A.    That's right.
20    Q.    And so you used Depakote for Ms. Sansone
21 in 2003 and 2004 and 2005 because you thought in
22 your professional judgment it was the best choice
23 for her, considering her entire medical history,
24 her types of seizures and the other medications
25 that she had been tried on or that were available;

```
 1   is that right?
 2       A.    That's right.
 3             MR. BROSS:  Object, form.
 4     BY MR. KLATT:
 5       Q.    And so as of 2004, you believed that
 6   Depakote was essential and necessary to treat her
 7   condition; is that right?
 8       A.    Yes.
 9       Q.    Would you agree with me that some of
10   these newer medications like Lamictal and Topamax
11   and Keppra, because they were newer, simply had
12   not yet had the track record in terms of safety
13   that some of the older drugs like Depakote and
14   Dilantin and Tegretol had, particularly with
15   reference to birth defects?
16             MR. BROSS:  Object to form.
17       A.    It's hard to answer directly.  I had to
18   go by the class -- the FDA class that was
19   established, and Keppra and Lamictal were class C.
20   Topiramate was D, I believe.  And I only added
21   that on to Depakote because of the side effects of
22   weight gain after she was pregnant -- finished --
23   completed her first pregnancy.
24       Q.    And that Topamax was the one that she was
25   unable to continue because of its effects on her
```

Patti Nemeth, M.D.

Page 122

1                  CERTIFICATION

4     I, DANA N. SREBRENICK, a Certified Court
5 Reporter for and within the State of New Mexico,
6 do hereby certify:
7     That the witness whose testimony as herein
8 set forth, was duly sworn by me; and that the
9 within transcript is a true record of the
10 testimony given by said witness.
11     I further certify that I am not related to
12 any of the parties to this action by blood or
13 marriage, and that I am in no way interested in
14 the outcome of this matter.
15     IN WITNESS WHEREOF, I have hereunto set my
16 hand this 5th day of October 5, 2016.

18     _____
19     DANA N. SREBRENICK, CLR, CRR

21           *    *    *