# Exhibit C

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

B.F., et al.,                          )
                                       )
              Plaintiffs,              )
                                       )
     v.                                ) No. 4:12-CV-1760-CAS
                                       )
ABBOTT LABORATORIES, INC., et al.,     )
                                       )
              Defendants.              )


                      PRETRIAL CONFERENCE

            BEFORE THE HONORABLE CHARLES A. SHAW
                 UNITED STATES DISTRICT JUDGE

                        MAY 19, 2016
```

**APPEARANCES:**

For Plaintiffs:    Daniel A. Raniere, Esq.
                   Justin M. Durel, Esq.
                   **AUBUCHON, RANIERE & PANZERI, PC**

                   John T. Boundas, Esq.
                   John Eddie Williams, Jr., Esq.
                   Brian A. Abramson, Esq.
                   Margot G. Trevino, Esq.
                   **WILLIAM KHERKHER**

                   George Erick Rosemond
                   **ROSEMOND LAW, P.C.**

For Defendants:    Dan H. Ball, Esq.
                   Stefan A. Mallen, Esq.
                   **BRYAN CAVE LLP**

                   Kathleen S. Hardway, Esq.
                   Paul F. Strain, Esq.
                   James C. Fraser, Esq.
                   Stephen E. Marshall, Esq.
                   **VENABLE LLP**

*REPORTED BY:*     *Gayle D. Madden, CSR, RDR, CRR*
                   *United States District Court*
                   *111 South Tenth Street, Third Floor*
                   *St. Louis, MO  63102     (314) 244-7987*

```
 1              MR. STRAIN:  And we don't disagree with that, Your
 2   Honor, if it's -- and the flag would be to the doctor deciding
 3   on Depakote or something else.  But the doctor in this case
 4   was not deciding on Depakote or 18 other epilepsy drugs.
 5              THE COURT:  They aren't talking about that.  What
 6   they're talking about is what Abbott knew.
 7              MR. STRAIN:  Yes.  Yes, Your Honor, but what they
 8   want to use that is -- they want to use that to suggest that
 9   Abbott should have warned the prescribing doctor that Depakote
10   was more teratogenic than epilepsy drugs, and as I say, I
11   thought --
12              THE COURT:  And these epilepsy drugs had birth defect
13   issues?
14              MR. STRAIN:  That's right, Your Honor.
15              THE COURT:  Fine.  Forget it.  Yours is denied.
16   Let's move on.  It's in.
17              Next time.  We good.
18              Okay.  I guess we're at 10.  Foreign labeling.
19   What's wrong with bringing in the foreign labels?  What's the
20   problem there?  I mean I guess it's the whole issue what
21   Abbott knew.
22              Okay.  And you are?
23              MR. MARSHALL:  I'm Steve Marshall, Your Honor.
24              THE COURT:  Who are you?
25              MR. MARSHALL:  Steve Marshall.
```

1        THE COURT:  Okay.

2        MR. MARSHALL:  So the issue with foreign labeling --

3   this has to do with how far we're going to allow the scope of

4   this trial to go.  The foreign labeling is based upon

5   regulations and laws from foreign countries.  They have

6   different requirements.  There's different things that need to

7   be in labels in different countries.

8        THE COURT:  Okay.  My whole question is this.  Forget

9   all that.  The question is does this labeling show any

10  knowledge on the part of Abbott that should be transmitted to

11  medical personnel or users?  That's the question.

12       MR. MARSHALL:  The labeling is -- is for an

13  indication other than bipolar.  The labeling, the specific

14  labeling that they want to try to get in, this Epilim label,

15  has to do with the use of the medicine over in Europe for

16  epilepsy and the circumstances in which it should be used for

17  epilepsy.  It does not deal with when it should be used for

18  bipolar and when it would be appropriate for a bipolar

19  patient.

20       THE COURT:  Fine.  Let's hear what this young lady

21  has to say.

22       And you are, madam?

23       MS. TREVINO:  Excuse me.

24       I'm Margot Trevino for the Plaintiffs.

25       THE COURT:  Oh, yes.

1          MS. TREVINO:  Good afternoon, Your Honor.  I think
2   actually two points -- well --
3          THE COURT:  You have a winning name.
4          MS. TREVINO:  Thank you.  I'll convey that to my
5   parents.  Thank you.
6          So, first of all, actually -- so similar to -- in
7   this country, the Depakote label is the same for all
8   indications.  For bipolar patients, epilepsy patients, and
9   migraine patients, it's the exact same label.  There is
10  nothing different.  And I think the main -- there are a couple
11  of two key points with respect to the Epilim label, which is
12  what we're addressing in particular here.  Epilim is the trade
13  name for Depakote in Europe, and it's manufactured by Sanofi,
14  which is the company that originally licensed Depakote to
15  Abbott.  And in achieving that indication in the United
16  States, Depa or -- excuse me -- Abbott relied on data,
17  marketing data, the label, clinical information by the company
18  in Europe, and two courts have previously admitted this piece
19  of evidence.  First of all, Judge Rosenstengel in the Southern
20  District of Illinois --
21         THE COURT:  Fine.  Okay.  So tell me how is it
22  relevant.
23         MS. TREVINO:  It is relevant just specifically as to
24  Abbott's knowledge of the risks and the way that those risks
25  were being conveyed for the same medication in Europe.

```
 1                THE COURT:  What does the label say --
 2                MS. TREVINO:  It's --
 3                THE COURT:  -- that's different?
 4                MS. TREVINO:  As a matter of fact, Your Honor --
 5                THE COURT:  As an indication that that was a greater
 6   knowledge of the risk of harm that should have been
 7   transmitted to doctors and patients.
 8                MR. MARSHALL:  Here's what it says, Your Honor.  It
 9   says, "Women of childbearing potential should not be started
10   on Epilim without specialist neurological advice."
11                Meaning that it's for people who have epilepsy.
12                "Epilim is the antiepileptic of choice in patients
13   with certain types of epilepsy such as generalised epilepsy
14   and myoclonus/photosensitive."
15                Again, all about epilepsy.
16                "For partial epilepsy, Epilim should be used only in
17   patients resistant to other treatment."
18                Talking about epilepsy.
19                "Women who are likely to get pregnant should receive
20   specialist advice because of the potential teratogenic risk to
21   the fetus."
22                They're talking about epilepsy.  It's all about what
23   you're supposed to do with a patient who has epilepsy.
24                THE COURT:  Sounds good.  It's in.  That's denied.
25                Okay.  I think we talked about this postconception
```