# Exhibit D

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF ILLINOIS
 3                        - - -
 4    IN RE DEPAKOTE:            :
 5    RHEALYN ALEXANDER,         :
 6    et al.,                    : No.
 7         Plaintiffs,           : 12-52-NJR-SCW
 8    vs.                        :
 9    ABBOTT LABORATORIES,       :
10    INC.,                      :
11         Defendant.            :
12
13         DEPOSITION UNDER ORAL EXAMINATION OF
14                   PATTI NEMETH, M.D.
15                      9:00 a.m.
16                Rio Rancho, New Mexico
17
18                        - - -
19      REPORTED BY:  DANA SREBRENICK, CRR, CLR
20                        - - -
21
22             Golkow Technologies, Inc.
           877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
25
```

```
 1              MR. KLATT:  Objection, form speculation.
 2   You may answer.
 3       A.    I don't know because I don't know what
 4   information I would have been given.  I would say
 5   that had it been -- if it had changed its class,
 6   so it was recommended that it shouldn't be taken,
 7   I wouldn't have stopped her pregnancy so I would
 8   probably have continued with it.
 9              She did have -- you know, she got
10   pregnant again.  So I don't know what I would have
11   done if that was the only drug that worked for
12   her.
13      BY MR. BROSS:
14       Q.    If you'd known, for example, there was a
15   four-fold increase in the chance of serious birth
16   defects as compared to the use of other
17   antiepileptics, would you have shared that with
18   Ms. Sansone?
19              MR. OTT:  Objection, form, lack of
20   foundation.
21       A.    I don't know, but the discussions that we
22   had were based on the knowledge that some
23   antiseizure medicines had a better safety profile.
24   But she didn't -- if she didn't tolerate them,
25   they didn't keep her seizures under control and
```

```
 1   she couldn't take them, I would still -- I would
 2   talk to her about it.  And that's what we did.
 3        BY MR. BROSS:
 4        Q.    And I guess my question's a little
 5   different.
 6        A.    Okay.
 7        Q.    If -- you knew about the risks that you
 8   knew at that time, but if you'd known the risks
 9   were four-fold greater, would you have shared that
10   with Ms. Sansone?
11              MR. KLATT:  Objection, form, foundation.
12              MR. OTT:  He's asking if you had other
13   information, did you talk to your patient about
14   it.
15        A.    Yes, I talked to the patient about new
16   information if it applies to them.
17        Q.    An important part of the process then is
18   to discuss the various therapies and the benefits
19   of the therapies and the risks of the therapies
20   and to allow the patient to -- to have a say in
21   the informed consent process, if you will?
22        A.    That's right.
23              MR. KLATT:  Objection, form.
24        Q.    And is it fair to say that after you
25   discuss things with your patients, ultimately it's
```

```
 1   their decision to decide what to do?
 2        A.   Yes.
 3        Q.   So if they -- if they don't want to take
 4   something, you respect that decision?
 5        A.   Yes.
 6        Q.   I mentioned sales reps briefly.  Do you
 7   know if they visited you about Depakote?
 8             MR. OTT:  That would be an Abbott rep.
 9             MR. BROSS:  It would have been an Abbott
10   rep, sorry.
11        A.   I don't recall.
12      BY MR. BROSS:
13        Q.   Do you recall if they ever left you any
14   studies or documents?
15        A.   Well, I just don't recall in a general
16   way.  I know that the Depakote reps came because
17   we would get samples in our closet, but I don't --
18   I just don't remember any particular conversation
19   or --
20        Q.   Do you know if they ever left any patient
21   leaflets or any handout materials when they left
22   you those samples in the closet?
23        A.   I couldn't say for sure for that
24   particular drug, but we did get them.  They would
25   give us promotional pages about their drugs.  I
```