# EXHIBIT 1

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ILLINOIS

E.G., a minor, BY CHRISTINA    )
RAQUEL, individually as parent )
and next friend of E.G.,       )
                               )
            Plaintiff,         )
                               )
    vs.                        ) Case No. 15-cv-702-NJR
                               )
ABBOTT LABORATORIES, INC.,     )
                               ) June 7, 2017
            Defendant.         )
```

**JURY TRIAL DAY/VOLUME XI**
**BEFORE THE HONORABLE NANCY J. ROSENSTENGEL**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES**

**FOR PLAINTIFF:**       John E. Williams, Esq.
                         John T. Boundas, Esq.
                         Williams Kherkher
                         8441 Gulf Freeway, Suite 600
                         Houston, TX  77017
                         (713) 230-2200

**FOR DEFENDANT:**       Joel H. Smith, Esq.
                         Bowman and Brooke LLP
                         1441 Main St., Suite 1200
                         Columbia, SC  29201
                         (803) 726-7422

                         Dan H. Ball, Esq.
                         Bryan Cave - St. Louis
                         211 N. Broadway, Suite 3600
                         St. Louis, MO  63102
                         (314) 259-2000

**REPORTED BY:**         Laura A. Esposito, RPR, CRR
                         U.S. District Court
                         750 Missouri Avenue
                         East St. Louis, IL  62201
                         (618) 482-9481
                         Laura_Esposito@ilsd.uscourts.gov

         Proceedings recorded by mechanical stenography;
transcript produced by computer-aided transcription.

```
 1            Abbott, do your job.  Describe the human data.
 2   That's your job.  Do it and do it every time.  That's what
 3   should have been done in this case.  There's no question
 4   about that.
 5            The commissioner talked about the importance of
 6   including the human data.  I've got several slides on that.
 7   But even to take it further, this is Dr. Heimberger from
 8   Abbott:
 9                "Was there a duty to describe the human data?"
10                "Human data did need to be included if you are
11            describing birth defects.  There's no question
12            about it, it needed to be in there."
13            You know, we talked about the situation.  They
14   talked about claiming it was essential, it was a good drug
15   for this lady, and she should have been on it.  Do you
16   understand that argument?  ▮▮▮▮▮▮ had a little sister who
17   was born healthy and happy because the mom was not on
18   Depakote.  This company would have had this woman taking
19   Depakote when she was developing the first 28 days of the
20   little sister.  Pretty shocking.
21            THE COURT:  Mr. Williams, you have five minutes.
22            MR. WILLIAMS:  Thank you, Your Honor.
23            I go back.  Was Depakote essential?  From the
24   mouths of the prescribers, it's hard for me to say it was
25   essential.  Was Depakote the only mood stabilizer available?
```

Plaintiff's Rebuttal Closing Argument

```
 1  No.  Did this patient need to be on Depakote when you saw
 2  her?  No.
 3          Going back to Abbott for a moment.  The
 4  responsibility -- Dr. Embrescia.  Dr. Embrescia, he was the
 5  man that always had the glasses on top of his head during
 6  the deposition.  He worked for Dr. Heimberger.  And I asked
 7  him this question:
 8              "Doctors and patients rely upon Abbott to
 9          provide them the honest and complete safety
10          information about Depakote.  Do you agree with
11          that?"
12              "Doctors and patients rely upon the company to
13          provide safety information.  The complete part,
14          as I said, is about the evolving safety profile,
15          and we should provide everything we know at the
16          time we know it."
17          I think that's the way it should be.  The
18  undisputed facts.  I'll go back to, it's one of the three
19  most dangerous drugs in here.  The rate was not communicated
20  to the prescribers.  The decision to withhold that was made
21  by Abbott.  And if the prescriber had been told, ▮▮▮▮
22  would be as healthy as his little sister.
23          You know what Abbott did in this case?  You know
24  what the first rule of medicine is?  You do.  First, do no
25  harm.  Abbott violated the very first rule of medicine, the
```

Plaintiff's Rebuttal Closing Argument

```
 1                    REPORTER'S CERTIFICATE

 2
         I, Laura A. Esposito, RPR, CRR, CCR(MO), Official Court
 3   Reporter for the U.S. District Court, Southern District of
     Illinois, do hereby certify that I reported in shorthand the
 4   proceedings contained in the foregoing 124 pages, and that
     the same is a full, true, correct, and complete transcript
 5   from the record of proceedings in the above-entitled matter.

 6       Dated this 8th day of June, 2017.

 7

 8
                         _____
 9                       LAURA A. ESPOSITO, RPR, CRR, CCR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```