# EXHIBIT 2

```
 1         IN THE UNITED STATES DISTRICT COURT

 2       FOR THE SOUTHERN DISTRICT OF ILLINOIS

 3

 4            CIVIL ACTION NO. 17-CV-793-MJR-SCW

 5

 6    IN RE: DEPAKOTE CASES

 7    A.S. by MARTHEE SANSONE, ET AL.,

 8              Plaintiff,

 9    vs.

10    ABBOTT LABORATORIES, INC.,

11              Defendant.

12

13

14

15                 DEPOSITION

16                     OF

17           NATHANIEL H. ROBIN, M.D.

18              December 8, 2017

19

20

21

22

23    REPORTED BY: Heather Spier

24             Certified Court Reporter,

25             and Notary Public
```

Nathaniel H. Robin, M.D.

1    is a little trickier.  I'm not --

2    Asperger's doesn't necessarily mean a

3    learning disability.  It could just be a

4    personality issues.

5         Q.    We can agree that autism and

6    ADHD are learning disabilities?

7         A.    Yes.

8         Q.    You say in your report in

9    Paragraph 3.1 on Page 4, Doctor, that

10   A.S.    's older brother was delivered as a

11   healthy baby boy and has no malformations

12   or learning disabilities.

13        A.    Yes.  That was based on the

14   records I reviewed.  And I subsequently

15   learned through Dr. Braddock's -- and I

16   asked about that, that he commented that

17   the child had -- the sibling had

18   Asperger's.  So I asked about that, and

19   that was confirmed.  That wasn't available

20   in the records I initially reviewed.

21        Q.    Well, Marthee Sansone in her

22   deposition said that her older son has

23   Asperger's, autism and ADHD --

24        A.    And I must have missed it.

25        Q.    So that's a factual error in

```
1    your report?

2         A.    Factual error.

3         Q.    A.S.    's older brother also

4    has special education and individualized

5    educational program as well, right?

6         A.    Yes.

7         Q.    Both of which would indicate a

8    learning disability?

9         A.    Yes.

10        Q.    Does a sibling having a

11   learning disability have any relevance to

12   your opinions regarding causation of any

13   learning disabilities that A.S.    may

14   have?

15        A.    So there are several

16   possibilities.  One is that they do share

17   a genetic issue.  Second, they could be

18   exposed to same environmental agent.  In

19   this case I was told they were supposed to

20   valproic acid.

21        Q.    You make a point of showing

22   that the dosage was 500 milligrams per day

23   for the older brother, right?

24        A.    Yes.

25        Q.    And I presume you made that
```

Nathaniel H. Robin, M.D.

1    point because that was less than A.S.

2    was exposed to?

3                MS. WILLIAMSON:  Object to the

4    form.

5         A.    I don't recall.

6         Q.    Do you intend to be offering

7    any opinions at trial about dose response

8    and valproic acid embryopathy?

9         A.    No.

10        Q.    You acknowledge in your report

11   that Ms. Sansone smoked a pack of

12   cigarettes per day during her pregnancy

13   with A.S.    ?

14        A.    Yes.

15        Q.    You read her deposition?

16        A.    Yes.  I don't recall every

17   detail, but I remember she said she

18   smoked.

19        Q.    Do you remember she actually

20   disputed a medical record that said she

21   was smoking a pack per day?

22        A.    I remember something about

23   that, yeah.

24        Q.    Did you happen to see any

25   medical records that, in fact, confirmed

Nathaniel H. Robin, M.D.

1                   C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    MADISON COUNTY

6

7              I hereby certify that the

8    above and foregoing deposition was taken

9    down by me in stenotypy, and the questions

10   and answers thereto were reduced to

11   typewriting under my supervision, and that

12   the foregoing represents a true and

13   correct transcript of the deposition given

14   by said witness upon said hearing.

15              I further certify that I am

16   neither of counsel nor of kin to the

17   parties to the action, nor am I in anywise

18   interested in the result of said cause.

19

20

21        Heather Spier

22        COMMISSIONER-NOTARY PUBLIC

23        ACCR LICENSE NO. 403, Exp. 9/30/2018

24

25