# Exhibit A

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION

B.F., et al.,                      )
                                   )
          Plaintiffs,              )
                                   )
     v.                            ) No. 4:12-CV-1760-CAS
                                   )
ABBOTT LABORATORIES, INC., et al., )
                                   )
          Defendants.              )


                 PRETRIAL CONFERENCE

        BEFORE THE HONORABLE CHARLES A. SHAW
            UNITED STATES DISTRICT JUDGE

                   MAY 19, 2016
```

**APPEARANCES:**

For Plaintiffs:    Daniel A. Raniere, Esq.
                   Justin M. Durel, Esq.
                   **AUBUCHON, RANIERE & PANZERI, PC**

                   John T. Boundas, Esq.
                   John Eddie Williams, Jr., Esq.
                   Brian A. Abramson, Esq.
                   Margot G. Trevino, Esq.
                   **WILLIAM KHERKHER**

                   George Erick Rosemond
                   **ROSEMOND LAW, P.C.**

For Defendants:    Dan H. Ball, Esq.
                   Stefan A. Mallen, Esq.
                   **BRYAN CAVE LLP**

                   Kathleen S. Hardway, Esq.
                   Paul F. Strain, Esq.
                   James C. Fraser, Esq.
                   Stephen E. Marshall, Esq.
                   **VENABLE LLP**

*REPORTED BY:*     *Gayle D. Madden, CSR, RDR, CRR*
                   *United States District Court*
                   *111 South Tenth Street, Third Floor*
                   *St. Louis, MO  63102      (314) 244-7987*

1         THE COURT:  You got it?

2         MR. BOUNDAS:  I've got it.

3         MR. BALL:  Okay.

4         THE COURT:  Okay.  I think that covers a number of
5    things.  So I think it, you know, pretty much covers No. 5
6    also.  We're not going to deal with this epilepsy in general
7    other than studies that indicate birth defects post-'96.

8         Okay.  No. 6 here.  Defendant wants to exclude
9    evidence of the medical condition of the siblings that were
10   born before Ms. Forbes started taking Depakote.  Well, you
11   know, if we're going to get into this whole genetic thing,
12   that's denied.  You know.

13        No. 7.  How many of these things do I still have a
14   question mark by?  Okay.  Abbott seeks to exclude evidence
15   relating to thalidomide, Accutane, other drugs that were
16   pulled from the market.  Defendant says these are irrelevant
17   and will inflame the jury.

18        Okay.  Right now I don't see why, you know, the
19   pulling of these other drugs is relevant.

20        MR. WILLIAMS:  May I?

21        THE COURT:  Go ahead.

22        MR. WILLIAMS:  John Eddie Williams.  If I may address
23   that, you're right.  Pulling of the drugs has nothing to do
24   with it.  I don't care about that.  In fact, they're still on
25   the market.  So they're wrong about that.  The issue is -- and