# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

- - -

| | |
|---|---|
| IN RE DEPAKOTE: | : |
| RHEALYN ALEXANDER, | : |
| et al., | : No. |
|    Plaintiffs, | : 12-52-NJR-SCW |
| vs. | : |
| ABBOTT LABORATORIES, | : |
| INC., | : |
|    Defendant. | : |

DEPOSITION UNDER ORAL EXAMINATION OF

PATTI NEMETH, M.D.

9:00 a.m.

Rio Rancho, New Mexico

- - -

REPORTED BY:  DANA SREBRENICK, CRR, CLR

- - -

Golkow Technologies, Inc.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Patti Nemeth, M.D.

Page 20

```
 1     Q.    I'd like to look at the page that's
 2   stamped number 9.
 3     A.    Okay, yes.
 4     Q.    And if you could tell me what that is?
 5     A.    Okay.  That was January 27th, 2004 and
 6   prior to this phone call, she had had some
 7   seizures and episodes and she wanted to know about
 8   -- if she could have another baby, should she be
 9   on Depakote, can she get pregnant, should she
10   reduce the Depakote?
11     Q.    And does that -- that leads me to
12   believe, and correct me if I'm wrong, does it lead
13   you to believe that she had some indication of
14   risks of using a drug like Depakote?
15     A.    That -- well, we certainly talked about
16   it when she came in, so she -- I agree with what
17   you just said.
18     Q.    Then I believe she came to see you, it's
19   Bates page 10, on February the 4th of 2004?
20     A.    Yes.
21     Q.    And can you tell me what happened at this
22   visit when you were treating her?
23     A.    We discussed the various antiseizure
24   medicine.  And she was aware that Depakote was
25   class D and I suggested that we try one of the
```

Patti Nemeth, M.D.

Page 21

1   others that was class C and that was Lamictal.
2           So at that point I wanted to -- since she
3   was not pregnant at this time, so I wanted to
4   slowly start to convert her over to see -- to
5   Lamictal and to get off Depakote.
6       Q.   And can you tell me -- you noted here
7   that Depakote is class D.  Can you tell me what
8   that means?
9       A.   Yes.  It indicates -- I think it's an FDA
10  level class, indicates that that drug has been
11  tested in animals, female animals in this case,
12  and shown to cause fetal harm, making it
13  suspicious that it would also cause harm to
14  humans, although no human studies were done.
15          But my understanding of class D is that
16  the potential risks of the drugs -- drug may be
17  outweighed by -- do I have that right?  The
18  benefit -- no, the benefit may outweigh the risks
19  of the drug.
20      Q.   So just so we're clear, the benefits
21  outweigh the risks?
22      A.   May -- the risks can be outweighed by the
23  benefits, yes.
24      Q.   I'm sorry. Are you saying the risks
25  could outweigh the benefits of the drug?

Patti Nemeth, M.D.

Page 23

1    A.    Well, certainly it's riskier than a class
2  C, and then within the class D, there may be some
3  differences.
4       BY MR. BROSS:
5    Q.    But it doesn't tell you about the actual
6  risk of using that drug?
7           MR. KLATT:  Objection, form.
8    A.    By itself, it doesn't, but my knowledge
9  is that -- that class D drugs can cause fetal risk
10  -- or fetal harm, I should say.
11    Q.    And you would base this knowledge and
12  information on the late -- well, strike that.
13           You would have based this on the
14  knowledge that you had at the time back in 2003?
15    A.    Yes.
16    Q.    2004?
17    A.    Reading my notes, I -- I did understand
18  it.
19    Q.    And this would have been something you
20  shared with Ms. Sansone?
21    A.    Yes.
22    Q.    And, again, what did you recommend at
23  this time for Ms. Sansone?
24    A.    So we discussed the importance of being
25  on a seizure medicine while she was pregnant and

Patti Nemeth, M.D.

Page 24

1  I -- she wasn't pregnant at the time, so I told
2  her we had time to -- to switch to a category C
3  drug.  And I gave her a program of how to increase
4  each week the Lamictal and decrease the Depakote,
5  my conversion schedule.
6      Q.   What's a conversion schedule?
7      A.   Well, just that.  So the first day you
8  start the Lamictal and you just add it to the
9  Depakote.  The next week you bring -- you bring up
10 the Lamictal and bring down the Depakote.  And the
11 next week you bring the Lamictal up further and
12 the Depakote down.  So it can take four weeks,
13 eight weeks.
14     Q.   And just because a drug's a class C drug,
15 that doesn't necessarily mean it's safe in
16 pregnancy?
17     A.   Well, correct.
18     Q.   Then the next record I see looks like
19 page 11, dated February the 10th?
20     A.   Yes.
21     Q.   And here what were you doing?
22     A.   Well, she was on the conversion plan and
23 she had a seizure.  And she told my staff that she
24 was on Depakote 750 twice a day and Lamictal 25
25 milligrams every other day.  I was really going

1   slow, it looks like.
2           So I told her to increase the Depakote
3   and leave the Lamictal and then we'll -- we would
4   try to increase it, the Lamictal, after checking
5   the levels in a couple of weeks.
6      Q.   Then on page -- what we have marked as
7   page 13, there was another phone call dated March
8   the 8th?
9      A.   Yes.
10     Q.   Can you tell me about that call?
11     A.   Yes.  She described nausea, dry heaves,
12  mood swings and she thought the Lamictal was
13  making her ill.  And she indicated where we were
14  on the conversion schedule.  My feeling was --
15  based on what she told me was that she probably
16  wouldn't be able to tolerate Lamictal, and so I
17  went back down on Lamictal and kept her on
18  Depakote.
19     Q.   Then it looks like on page 15, May the
20  11th of 2004, another phone call?
21     A.   Yes.  She had a seizure.  She called
22  because she had a seizure and described it as loss
23  of consciousness, and when she came to, she was
24  exhausted and groggy.  And later that evening, she
25  woke up in -- and thought she had been drooling

Patti Nemeth, M.D.

Page 122

CERTIFICATION

I, DANA N. SREBRENICK, a Certified Court Reporter for and within the State of New Mexico, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of October 5, 2016.

_____
DANA N. SREBRENICK, CLR, CRR

\* \* \*