# EXHIBIT 2

<table>
<tr><td>1</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO</td></tr>
<tr><td>2</td><td colspan="2" align="center">EASTERN DIVISION</td></tr>
</table>

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF OHIO
2           EASTERN DIVISION

3              - - -

4  Z.H., by and through KEVIN      Case No. 1:14-cv-176
   HUTCHENS and CHRISTIN           Cleveland, Ohio
5  HUTCHENS, individually, and
   as parents and next of
6  friends of Z.H.,

7           Plaintiffs,

8     vs.                          FRIDAY, JANUARY 20, 2017
                                        **VOLUME 5**
9  ABBOTT LABORATORIES INC. and    **Pages 746 - 987**
   ABBVIE INC.,
10
            Defendants.
11
                - - -
12

13     TRANSCRIPT OF ***JURY TRIAL*** PROCEEDINGS
       BEFORE THE HONORABLE CHRISTOPHER A. BOYKO
14          UNITED STATES DISTRICT JUDGE

15

16

17  Official Court Reporters:

18        Sarah Nageotte, RDR, CRR, CRC
          Susan Trischan, RMR, CRR, FCRR
19        United States District Court
          801 West Superior Avenue
20        Court Reporters 7-189
          Cleveland, Ohio 44113
21        (216) 357-7186/(216) 357-7087

22

23

24

25  Proceedings recorded by mechanical stenography,
    transcript produced by computer-aided transcription.

```
                1             FRIDAY, JANUARY 20, 2017, 11:07 A.M.
                2                (In Open Court - Jury Not Present)
                3                             - - -
                4             THE COURT:  Please be seated, ladies and
11:07:35        5    gentlemen.
                6             Here's the bottom line.  In the bench brief
                7    entitled "Concerning the admissibility of Dr. Cheryl
                8    Blume's regulatory opinions," defendants raise four
                9    issues for the Court to revisit.
11:07:52       10             Number one, Depakote's 2002 label should
               11    have warned of the birth defect risk of up to 20 percent.
               12             Two, Depakote's 2002 label should have
               13    contained a last resort warning.
               14             Three, Depakote's 2002 label was an
11:08:08       15    anti-warning.
               16             And, four, Depakote's 2002 label should
               17    have included the risk of fetal valproate syndrome.
               18             All right.  In light of Dr.
               19    Foldvary-Schaefer's testimony, Dr. Blume may not opine
11:08:21       20    that the Depakote label of 2002 should have contained an
               21    up to 20 percent risk of birth defects or any arbitrary
               22    number or range of percentages of risks because there was
               23    no foundation established by plaintiffs in either Dr.
               24    Foldvary-Schaefer's or Dr. Blume's testimony.
11:08:39       25             And because their testimony is linked on
```

```
                    the range of risk, the Court strikes all references in
                    Dr. Foldvary-Schaefer's testimony regarding up to 20
                    percent risk of birth defects and Dr. Blume may not opine
                    that the label should have included any range of
                    percentages.
                              In other words, Blume cannot testify that
                    the 2002 Depakote label should have included a range of
                    10 to 20 percent because it's not in her report or
                    deposition.  "Helpful, but not necessary," quotes, is
                    inconsistent with a reasonable degree of expert
                    certainty.
                              This does not preclude testimony regarding
                    percentages in studies.
                              Okay.  The Court will allow opinion
                    testimony that the label should have included a warning
                    consistent with the opinions in her report.
                              Upon consideration of Dr.
                    Foldvary-Schaefer's testimony, the Court will not change
                    its decision to allow testimony by Dr. Blume regarding
                    the anti-warning and last resort warning on the 2002
                    Depakote label.
                              And in light of plaintiffs' representation
                    that it will not elicit testimony from Dr. Blume that a
                    label should have included a warning on the risk of fetal
                    valproate syndrome, defendants' fourth objection is moot.
```

```
 1              I'm struggling with an issue, specifically
 2   that the FDA did not permit or allow Abbott to put on the
 3   label anything about cognitive developmental delay, yet
 4   plaintiffs want it as part of damages.
 5              I want to hear from both sides before I
 6   make a decision, especially since the witnesses will be
 7   testifying --
 8              MR. BALSER:  Thank you, Your Honor.
 9              THE COURT:  -- about that.  Okay.
10              MR. STRAIN:  That was the other thing I
11   wanted to raise, request that.
12              THE COURT:  Of course.  Have a good
13   weekend, everyone.
14        (Proceedings recessed for the day at 5:41 p.m.)
15                            - - -
```

**C E R T I F I C A T E**

We certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter prepared from the stenotype notes.

*/s/ Sarah Nageotte*
SARAH NAGEOTTE, RDR, CRR, CRC

*/s/ Susan Trischan*                      *1/20/2017*
SUSAN TRISCHAN, RMR, CRR, FCRR            DATE