# EXHIBIT 2

```
                                                                    1

 1    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2    ----------------------------------------X
      H.B., A MINOR, BY STACY BARTOLINI, et al.,
 3
                         Plaintiff,
 4
                              Civil Action No.:   15-cv-702-NJR-SCW
 5

 6    ABBOTT LABORATORIES INC.,

 7
                         Defendant.
 8    ----------------------------------------X

 9

10    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11             DEPOSITION OF STEWART BRAMSON, M.D.

12                    Princeton, New Jersey

13                Wednesday, December 30, 2015

14

15

16

17

18    Reported by:

19    Angela M. Shaw-Crockett, CCR, RMR, LSR

20

21

22

23

24

25
```

60

1  litigation.
2         Do you understand that?
3     A.  Yes.
4     Q.  Doctor, I think -- do you recall we
5  established earlier that several AEDs, including
6  Depakote, doubled as antiepileptic drugs and mood
7  stabilizers?
8     A.  Yes.
9     Q.  Now, if you look at the front page of this
10 document, top of it reads, "Neurology Consultant
11 Meeting, June 2, 2001, Chicago, Illinois."
12        Do you see that?
13    A.  Yes.
14    Q.  So it appears that the date of this
15 document is June 2, 2001?
16    A.  Yes.
17    Q.  If you turn the page, there are numbered
18 sections.  Do you see that?
19    A.  There are what?
20    Q.  Numbered sections.
21    A.  Yes, I see.
22    Q.  And there's a Section 4.  Do you see that?
23    A.  Yes.
24    Q.  "Discuss and develop a flowchart for the
25 treatment of adult epilepsies" --

61

1        (A discussion was held off the record.)

2    BY MR. ROSEMOND:

3        Q.   There's a Section 4.  See that?

4        A.   Yes.  Section 4.

5        Q.   And it reads, "Discuss and develop a

6    flowchart from the treatment of adult epilepsies and

7    co-morbid conditions (e.g., behavioral disorders)."

8             Do you see that?

9        A.   Yes.

10       Q.   And then there's three bullet points

11   underneath that.  Do you see that?

12       A.   Yes.

13       Q.   Then the first bullet point reads, "Not

14   use Depakote in female of childbearing years due to

15   teratogenic potential.  Many are not aware of the

16   actual risk."  Do you see that?

17       A.   Yes.

18       Q.   Doctor, as I said earlier, looking at

19   this, is -- this information that you're reading

20   here, would that have been important for you to know

21   when you're prescribing Depakote in, say, 2001?

22            MR. MARSHALL:  Objection to form.

23       A.   Well, I would have wanted to know more

24   context.  In other words, this is a -- it's a single

25   sentence.  I would want to know how come whatever it

1  is.
2          And, also, I had just read on the previous
3  page that there was a doctor at this conference who
4  recommended using it in pregnant women, but in a
5  certain way, a particular way.  So I kind of have to
6  figure out how to put those two pages together.
7  BY MR. ROSEMOND:
8      Q.   Okay.  Well, Doctor, if, in 2002, Abbott
9  would have informed you that Depakote was
10 potentially twice as teratogenic as other mood
11 stabilizers, would that have been something for you
12 to consider when prescribing Depakote for women of
13 childbearing potential?
14         MR. MARSHALL:  Objection to form, assumes
15     a fact not established.
16     A.   Yes.
17 BY MR. ROSEMOND:
18     Q.   Doctor, I'm going to hand you what's been
19 marked as Exhibit 8 to your deposition?
20         (Exhibit 8 was received and marked for
21     identification, as of this date.)
22     A.   (Witness reviews document.)
23 BY MR. ROSEMOND:
24     Q.   Doctor, have you had a chance to review
25 this exhibit?

```
                                                              210

 1                       CERTIFICATE

 2

 3    STATE OF NEW YORK  )

 4                       :  ss

 5    COUNTY OF NEW YORK )

 6              I, Angela M. Shaw-Crockett, a Certified Court

 7    Reporter, Registered Merit Reporter and Notary Public within

 8    and for the States of New York, New Jersey and Connecticut,

 9    do hereby certify:

10              That STEWART BRAMSON, M.D., the witness whose

11    deposition is herein before set forth, was duly sworn by me

12    and that such deposition is a true record of the testimony

13    given by such witness.

14              I further certify that I am not related to any of

15    the parties to this action by blood or marriage and that I

16    am in no way interested in the outcome of this matter.

17              In witness whereof, I have hereunto set my hand

18    this 4th day of January, 2016.

19

20                           ------------------------------------
                             ANGELA M. SHAW-CROCKETT, CCR, RMR, LSR
21                           LICENSE NO. XI00218400

22

23

24

25
```