# EXHIBIT 3

Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

```
D.W.K., a minor, by MARY            )
KALETA and DANIEL KALETA,           )
individually as parents and         )
next friends of D.W.K.,             )
                                    )
C.P., a minor, and E.P., a          )
minor, by ROGER PYSZKOWSKI          )
and MINDY PYSZKOWSKI,               )  Case No.
individually as parents and         )  14-cv-847-NJR
next friends of C.P. and            )
E.P.,                               )
                                    )
J.F., a minor, by MICHELLE          )
LEAL, individually as parent        )
and next friend of J.F.,            )
                                    )
           Plaintiffs,              )
                                    )
     vs.                            )
                                    )
ABBOTT LABORATORIES, INC.,          )
                                    )
           Defendant.               )
```

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

VIDEOTAPED DEPOSITION OF:
JAMES EMBRESCIA, M.D.
DECEMBER 11, 2014
CHICAGO, ILLINOIS

REPORTED BY:  MARIANNE NEE,
CSR, CRR, RDR

Confidential - Subject to Further Confidentiality Review

Page 238

1   there was a recommendation for that.
2   BY MR. SAMPSON:
3        Q.    So if you look at the second page,
4   Dr. Embrescia, under No. 4, No. 4 says develop
5   or -- "Discuss and develop a flowchart for the
6   treatment of adult epilepsies and co-morbid
7   conditions."  Do you see that?
8        A.    I do.
9        Q.    The first bullet point says, "Not
10  use Depakote in female of childbearing years due
11  to teratogenicity potential," right?
12       A.    Oh, yes.  Okay, I see it.  What page
13  are you --
14       Q.    The second page.
15       A.    Yes, I see it now.
16       Q.    The first bullet point under No. 4.
17       A.    Got it.
18       Q.    This Abbott 2001 document reflects
19  that these consultants that were part of the
20  meeting, at least part of their position was,
21  "Not use Depakote in female of childbearing
22  years due to teratogenic potential," right?
23            MR. MacWILLIAMS:  Objection; form and
24  foundation and scope.

```
 1   BY THE WITNESS:
 2        A.    I'm looking for the words
 3   teratogenic potential.  There it is, yes.
 4   That's what the words say, yes.
 5   BY MR. SAMPSON:
 6        Q.    Did the people who were assessing
 7   Depakote's safety profile in the early 2000s
 8   take into consideration the fact that Abbott's
 9   neurology consultants had suggested that
10   Depakote not be used in females of childbearing
11   years due to its teratogenic potential?
12             MR. MacWILLIAMS:  Objection; form,
13   foundation and scope.
14   BY THE WITNESS:
15        A.    Again, to my knowledge -- I have no
16   knowledge of this document.  I don't know where
17   it came from and I don't believe it was ever
18   discussed within the safety organization, so I
19   can't answer the question.
20   BY MR. SAMPSON:
21        Q.    So you don't recall any discussion
22   about Abbott neurology consultants suggesting
23   that Depakote should not be used in females of
24   childbearing years in the early 2000 timeframe?
```

Confidential - Subject to Further Confidentiality Review

Page 240

```
 1          MR. MacWILLIAMS:  Objection; form,
 2   foundation, scope and asked and answered.
 3   BY THE WITNESS:
 4       A.     Again, as I said at the beginning of
 5   this, I have no knowledge of Abbott neurology
 6   consultants at all, so I can't answer any
 7   question on that.
 8   BY MR. SAMPSON:
 9       Q.     I'm handing you Exhibit 992.
10       A.     Thank you.
11                   (Exhibit 992 was marked for
12                    identification.)
13   BY MR. SAMPSON:
14       Q.     This is an article from the
15   publication Seizure in 2002.  Do you see that?
16       A.     I do.
17       Q.     And the lead author is Mawer?
18       A.     Yes, sir, it is.
19       Q.     The title is, "Outcome of pregnancy
20   in women attending an outpatient epilepsy
21   clinic:  adverse features associated with higher
22   doses of sodium valproate," right?
23       A.     That is the title, yes.
24       Q.     Sodium valproate is a form of
```

Confidential - Subject to Further Confidentiality Review

Page 372

1  indirectly in the outcome of this action.
2         I further certify that this certificate
3  applies to the original and certified
4  transcripts only.  I assume no responsibility
5  for the accuracy of any reproduced copies not
6  made under my control or direction.
7         IN WITNESS WHEREOF, I do hereunto set
8  my hand at Chicago, Illinois, this 23rd day of
9  December, 2014.
10
11
12

                    _____
13                  Marianne Nee
                    Certified Shorthand Reporter
14
15
    C.S.R. Certificate No. 84-2341
16
17
18
19
20
21
22
23
24