# Exhibit C

```
              IN THE CIRCUIT COURT OF MISSOURI
     CITY OF ST. LOUIS, 22nd JUDICIAL CIRCUIT, DIVISION 13
              Honorable Steven R. Ohmer, Judge



M▇▇▇ B▇▇▇, ET AL.      )
                       )
         Plaintiff,    )
                       )
v.                     )  No. 1222-CC02479-01
                       )
ABBOTT LABORATORIES, INC., )
                       )
         Defendant.    )


                         VOLUME 3A
                      TRIAL TRANSCRIPT
                       MAY 12, 2015




                         APPEARANCES

John E. Williams, Esq.
John T. Boundas, Esq.
     on behalf of the Plaintiff.

Paul Strain, Esq.
Dan Ball, Esq.
     on behalf of the Defendant.
```

JENNA HIGGINS, CCR #998G, CSR (MO & IL)
OFFICIAL COURT REPORTER
CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT

1  Law, which is based on evidence, and I know you're
2  here to roll up your sleeves and make your decision
3  based on evidence.  So not forgetting about M_____,
4  but I'm going to talk to you about evidence and what
5  the evidence will be.
6         And since I want to talk to you about
7  evidence, I thought we'd start off with evidence right
8  out of M_____'s mother's medical records, that in
9  one medical record is a good summary of what was going
10 on with the warnings her doctors got and the decisions
11 M_____'s mother, Tiffany Vititoe, made.  This, as I
12 said, is evidence right out of Ms. Vititoe's,
13 M_____'s mother's, medical record.  You see,
14 Mr. Vititoe was on Depakote, but she knew about birth
15 defect risks, spina bifida risks, with Depakote and
16 she wanted to get pregnant.  So she switched off of
17 Depakote on to another drug, Lamictal.
18         Now, this is two years.  This is referring
19 to a period of two years before M_____ was born.
20 She had been on Lamictal in the past, but Lamictal
21 didn't work for her.  So she was switched back to
22 Depakote because the seizures she was having was so
23 dangerous.  In fact, she requested to go back on
24 Depakote.  Her doctors agreed she needed to be on
25 Depakote.  And as her doctor writes -- this is that

1   the one drug that's experimental for juvenile
2   myoclonic epilepsy and you saw what disaster that was,
3   they weren't going to use another -- they weren't
4   going to use another experimental drug.  And you saw
5   that Dr. Jacoby, her doctor, when he was asked about
6   his bottom line, is no matter what changes were made
7   to the warning label, Depakote still may have been the
8   best choice for her.
9           So what happened?  Why did Ms. Vititoe get
10  pregnant with M███████ even though she was aware of
11  the risk and even though her doctor told her come talk
12  to him before she gets pregnant?  Ms. Vititoe was
13  asked in out-of-court testimony how she got pregnant.
14  She doesn't know.  Obviously, we don't know.  We know
15  these things happen.  It happens.  And we're not
16  faulting her for that or for anything as far as that
17  goes.  These things do happen.  We don't know how it
18  happened.  We do know these things do happen.  What we
19  know, what we do know, is that Abbott warned the
20  doctors and the doctors warned her and made sure she
21  understood, and that's why I say you'll hear no
22  criticism from us of her doctors or of her.  No
23  criticism at all.
24          Okay.  I was going to switch to Part 3, Your
25  Honor, and invite the jurors to take a break.

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Steven R. Ohmer, Judge

| | |
|---|---|
| M▮▮▮ B▮▮▮▮, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 1222-CR02479-01 |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

TRIAL TRANSCRIPT

VOLUME 3B

MAY 12, 2015

On the 12th day of May, 2015, the above-entitled cause came on regularly for hearing before the Honorable Steven R. Ohmer, Judge of Division 13 of the Twenty-Second Judicial Circuit in the City of St. Louis.

ALICE M. BAKER, CCR #361
OFFICIAL COURT REPORTER
TWENTY-SECOND JUDICIAL CIRCUIT
CITY OF ST. LOUIS

| | |
|---|---|
| 1 | caused the spina bifida. |
| 2 | Now, one of the things I think you'll find |
| 3 | that's helpful in that respect is there are telltale |
| 4 | signs that Depakote caused spina bifida.  If a child |
| 5 | has spina bifida or an adult has spina bifida caused |
| 6 | by Depakote, there are telltale facial signs.  There |
| 7 | are facial distortions. |
| 8 | So the question is does M[redacted] have that |
| 9 | telltale sign that her spina bifida was caused by |
| 10 | Depakote.  And the answer is no.  You saw her, she's |
| 11 | a very pretty little girl without any distorted |
| 12 | face.  The answer is no, she does not have that |
| 13 | characteristic.  So that's a real important |
| 14 | consideration for you in determining whether they |
| 15 | even have proven that it is Depakote that caused the |
| 16 | spina bifida. |
| 17 | And then the question would -- the actual |
| 18 | question would come, if not spina bifida, were there |
| 19 | things in her life about her that made it more |
| 20 | likely she would be more at risk for having a child |
| 21 | with spina bifida than most women.  And the answer |
| 22 | is yes.  Tiffany Vititoe was more at risk for having |
| 23 | a child with spina bifida.  Not because of Depakote, |
| 24 | but because of other things in her life. |
| 25 | And one of them was what her doctors called |

1   morbid obesity.  I'm not talking about and the
2   doctors weren't talking about just ordinary
3   overweight.  This is morbid obesity that they
4   diagnosed.  And the evidence is that -- I'm not even
5   sure the doctors know the reason for that, but a
6   woman who is morbidly obese increases her chances of
7   having a child with spina bifida more than two or
8   three times as much as another woman.
9              In addition to that, Miss Vititoe smoked
10  throughout the whole vulnerable period of her
11  pregnancy.  She smoked -- actually she smoked a pack
12  a day.  A pack of cigarettes a day.  The medical
13  fact is -- a lot of smoke, which is certainly a
14  choice.  But the -- maybe you enjoy smoking.  I did
15  it once myself.  But the medical fact is for a
16  pregnant woman that smoking creates risks to the
17  unborn baby.  That's just a plain medical fact.
18  We'll explore the kind of risk that presents to the
19  unborn baby.
20             Also, Ms. Vititoe did not take folic acid.
21  What's called folate, folic acid.  Folic acid is a
22  vitamin that prevents spina bifida.  Actually it was
23  placed into -- nationwide into cereals at one point,
24  for one reason only.  To prevent spina bifida.
25  That's what it does.  That's not enough when a woman

| | |
|---|---|
| 1 | certain things about her and in her life that |
| 2 | increased her chance of having spina bifida, the |
| 3 | answer is there were. |
| 4 | So, I'm talking about obviously during her |
| 5 | pregnancy, which was 2002.  So in 2002, these four |
| 6 | things were true.  These four things were true about |
| 7 | the warnings her doctors got and the warnings her |
| 8 | doctors gave her.  Abbott had been warning about |
| 9 | spina bifida just like the FDA told it to for 20 |
| 10 | years.  Her own doctors knew there was a risk of |
| 11 | spina bifida with Depakote and they acted on their |
| 12 | knowledge.  They acted on their knowledge by telling |
| 13 | Ms. Vititoe about the risks and advising her not to |
| 14 | get pregnant without talking to them first.  And the |
| 15 | FDA super warning -- that's my word for it.  The FDA |
| 16 | super warning, the Black Box warning, told the |
| 17 | doctors Depakote can cause spina bifida.  And |
| 18 | Ms. Vititoe herself wanted to go back on Depakote, |
| 19 | to get off Lamictal and all its problems, and go |
| 20 | back on Depakote, and she knew the risks when she |
| 21 | did that. |
| 22 | Now, I could end there, but -- because |
| 23 | that's the -- Ms. Vititoe and her doctors and the |
| 24 | warnings they got, that's the evidence.  Abbott |
| 25 | warned the doctors.  They believed Depakote was |